UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------X
IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA          :   MDL # 1428 (SAS)
   ON NOVEMBER 11, 2000                           :
------------------------------------------------------------------X
This document relates to the following cases:
------------------------------------------------------------------X
STADMAN et al,                      Plaintiffs,  :
    - and -                                      :   Civil Action #
                                                 :   07–CV–3881 (SAS)
AUSTRIAN NATIONAL TOURIST OFFICE INC., et al     :
                                    Defendants.  :
------------------------------------------------------------------X
```

===============================================================

*CERTIFICATE OF SERVICE AS TO*

- **AUSTRIAN NATIONAL TOURIST OFFICE INC.;**

- **AUSTRIAN TOURIST OFFICE INC.;**

- **ÖSTERREICH WERBUNG, of BUNDESMINISTERIUM für WIRTSCHAFT und ARBEIT a/k/a *"AUSTRIAN MINISTRY OF ECONOMICS and LABOR"* doing business in the United States as *"AUSTRIAN TRADE COMMISION"* an organ and/or entity of FEDERAL REPUBLIC OF AUSTRIA; and**

- **FACHVERBAND der SEILBAHNEN a/k/a  PROFESSIONAL ASSOCIATION OF THE AUSTRIAN CABLE CARS,   division of WIRTSCHAFTSKAMMER ÖSTERREICH a/k/a THE AUSTRIAN FEDERAL ECONOMIC CHAMBER an organ and/or entity of the FEDERAL REPUBLIC OF AUSTRIA.**

===============================================================

I hereby certify that service was made upon the defendants as follows:

1. On May 17, 2007, I personally served a copy of the Summonses and Complaints in the above referenced matter on the above referenced defendants as follows:

a. AUSTRIAN TOURIST OFFICE INC. - at their place of business in NY at 120 West 45th Street, 9th Fl., New York, NY  10036 upon MICHAEL GIGL, who personally identified himself to me.

b. AUSTRIAN NATIONAL TOURIST OFFICE INC. - at their place of business in NY at 120 West 45th Street, 9th Fl., New York, NY  10036 upon a man who identified himself as Christian Kressberg and who came out after I explained that I had Court papers and that I needed a person who was an officer, director or other person of authority;

c. ÖSTERREICH WERBUNG, of BUNDESMINISTERIUM für WIRTSCHAFT und ARBEIT a/k/a *"AUSTRIAN MINISTRY OF ECONOMICS and LABOR"* doing business in the United States as *"AUSTRIAN TRADE COMMISION"* an organ and/or entity of FEDERAL REPUBLIC OF AUSTRIA - at their places of business in NY at 120 West 45th Street, 9th Fl., New York, NY  10036 upon a man who identified himself as Christian Kressberg and who came out after I explained that I had Court papers and that I needed a person who was an officer, director or other person of authority;  and

d. FACHVERBAND der SEILBAHNEN a/k/a  PROFESSIONAL ASSOCIATION OF THE AUSTRIAN CABLE CARS,  division of WIRTSCHAFTSKAMMER ÖSTERREICH a/k/a THE AUSTRIAN FEDERAL ECONOMIC CHAMBER an organ and/or entity of the FEDERAL REPUBLIC OF AUSTRIA - at their places of business in NY at 120 West 45th Street, 9th Fl., New York, NY  10036 upon a man who

    identified himself as Christian Kressberg and who came out after I explained that I had Court papers and that I needed a person who was an officer, director or other person of authority.

2. The foregoing statements are true and accurate.

Dated: May 26, 2007                   <u>/s/ Edward D. Fagan (signed electronically)</u>
      New York, NY                         Edward D. Fagan