UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA           :        MDL # 1428 (SAS)
   ON NOVEMBER 11, 2000                                         :
---------------------------------------------------------------------- X

This document relates to the following cases:

---------------------------------------------------------------------- X
STADMAN et al,                                    Plaintiffs,    :
   - and -                                                              :        Civil Action #
                                                                                 :        07–CV–3881 (SAS)
AUSTRIAN NATIONAL TOURIST OFFICE INC., et al      :
                                                  Defendants.    :
---------------------------------------------------------------------- X

===================================================================
**CERTIFICATE OF SERVICE AS TO**

- **CYALUME TECHNOLOGIES INC;**

- **OMNIGLOW LLC**
===================================================================

I hereby certify that service was made upon the defendants as follows:

1. On May 26, 2007, I personally served a copy of the Summonses and Complaints in the above referenced matter on the above referenced defendants as follows:

    a. **CYALUME TECHNOLOGIES INC**

        i. On its Registered Agent for Service of Process – Corporation Service Company, 84 State Street, Boston MA  02109 sent via Registered Certified Mail 7006-2760-0005-0306-2514 on May 26, 2007; and

        ii. At its Principal Place of Business with a Notice of Summons & Complaint and Request for Rule 4 Waiver – sent to Cyalume Technologies at 96 Windsor Street, West Springfield, MA  19808,

      via Registered Certified Mail 7006-2760-0005-0306-2538 on May 26, 2007.

  b. **OMNIGLOW LLC**

    i. On its Registered Agent for Service of Process – Corporation Service Company, 2711 Centerville, Road, Suite 400, Wilmington, DE 19808 sent via Registered Certified Mail 7006-2760-0005-0306-1906 on May 26, 2007; and

    ii. At its Principal Place of Business with a Notice of Summons & Complaint and Request for Rule 4 Waiver – sent to Ira Leemon – Manager of Omniglow LLC, at 10 Empire Court, Dix. Hills, NY 11746, via Registered Certified Mail 7006-2760-0005-0306-2521 on May 26, 2007.

2. The foregoing statements are true and accurate.

Dated: May 26, 2007　　　　　　　　　　/s/ Edward D. Fagan (signed electronically)
      New York, NY　　　　　　　　　　　　　　Edward D. Fagan