UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA        :   MDL # 1428 (SAS)
    ON NOVEMBER 11, 2000                       :
-------------------------------------------------------------- X
This document relates to the following cases:
-------------------------------------------------------------- X
BLAIMAUER , et al,                Plaintiffs,  :
                                               :
    - and -                                    :   Civil Action #
                                               :   03–CV–8960 (SAS)
OMNIGLOW CORPORATION, et al                    :
                                  Defendants.  :
-------------------------------------------------------------- X
-------------------------------------------------------------- X
GEIER , et al,                    Plaintiffs,  :
    - and -                                    :   Civil Action #
                                               :   03–CV–8961 (SAS)
OMNIGLOW CORPORATION, et al                    :
                                  Defendants.  :
-------------------------------------------------------------- X
-------------------------------------------------------------- X
MITSUMOTO, et al,                 Plaintiffs,  :
    - and -                                    :   Civil Action #
                                               :   06–CV–2811 (SAS)
REPUBLIC OF AUSTRIA, et al                     :
                                  Defendants.  :
-------------------------------------------------------------- X
-------------------------------------------------------------- X
STADMAN, et al,                   Plaintiffs,  :
    - and -                                    :   Civil Action #
                                               :   07–CV–3881 (SAS)
AUSTRIAN NATIONAL TOURIST OFFICE, et al        :
                                  Defendants.  :
-------------------------------------------------------------- X
-------------------------------------------------------------- X
FERK, et al,                      Plaintiffs,  :
    - and -                                    :   Civil Action #
                                               :   07–CV–4104 (SAS)
CYALUME TECHNOLOGIES INC., et al               :
                                  Defendants.  :
-------------------------------------------------------------- X
```

===================================================================
**NOTICE OF CHANGE OF ADDRESS OF EDWARD D. FAGAN**
===================================================================

Effective Tuesday June 19, 2007, the address and contact information for Edward D.

Fagan Esq. is as follows:

1

Edward D. Fagan Esq.

Regus Worldwide Office Centers

Five Penn Plaza, 23rd Floor

New York, NY  10001

Tel # (646) 378-2225

Fax # (646) 417-5558

| | |
|---|---|
| Dated:    June 18, 2007<br>            Millburn,  NJ | /s/ electronically signed<br>Edward D. Fagan |