UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA           :   MDL # 1428 (SAS)
ON NOVEMBER 11, 2000                              :
------------------------------------------------------------------- X

This document relates to the following cases:
------------------------------------------------------------------- X
BLAIMAUER, et al,                    Plaintiffs,  :
                                                  :
   - and -                                        :   Civil Action #
                                                  :   03–CV–8960 (SAS)
OMNIGLOW CORPORATION, et al   Defendants.         :
------------------------------------------------------------------- X
------------------------------------------------------------------- X
GEIER, et al,                        Plaintiffs,  :
   - and -                                        :   Civil Action #
                                                  :   03–CV–8961 (SAS)
OMNIGLOW CORPORATION, et al   Defendants.         :
------------------------------------------------------------------- X
------------------------------------------------------------------- X
MITSUMOTO, et al,                    Plaintiffs,  :
   - and -                                        :   Civil Action #
                                                  :   06–CV–2811 (SAS)
REPUBLIC OF AUSTRIA, et al    Defendants.         :
------------------------------------------------------------------- X
------------------------------------------------------------------- X
MITSUMOTO, et al,                    Plaintiffs,  :
   - and -                                        :   Civil Action #
                                                  :   07-CV-935 (SAS)
ROBERT BOSCH CORP., et al     Defendants.         :
------------------------------------------------------------------- X
------------------------------------------------------------------- X
STADMAN, et al,                      Plaintiffs,  :
   - and -                                        :   Civil Action #
                                                  :   07-CV-3881 (SAS)
AUSTRIAN NATIONAL TOURIST OFFICE, et al,          :
                                     Defendants.  :
------------------------------------------------------------------- X

===========================================================
NOTICE OF FILING OF
DECLARATION OF BIAS PURSUANT TO 28 USC § 144
===========================================================

Edward D. Fagan hereby declares and says:

   1. I am one of plaintiffs counsel in the above referenced matters.

1

2. With this Notice, I am filing a copy of the following:

   a. Declaration of Bias by Kaprun victim family representative Dr. Toichiro Kigawa, representing the Japanese Victim families. *Exhibit 1;* and

   b. Declaration of Bias by Kaprun survivor representative Dr. Bernd Geier. *Exhibit 2.*

3. The Exhibits to these Declarations are being filed separately.

4. I have read the Declaration of Bias by Dr. Kigawa and Dr. Geier and certify that no prior Declaration of Bias has been filed in the victim family cases and no prior Declaration of Bias has been filed in the survivor cases.

5. The Declarations of Dr. Kigawa and Dr. Geier has been made in Good Faith after considering the facts, documents and records in this case.

Dated: 25 June 2007
New York, NY

Edward D. Fagan