# EXHIBIT 9a

## To

## 25 June 2007

## Affidavit of Bias

## Pursuant to 28 USC § 144

```
74P5SKIC                    conference
```

1
1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x
3   IN RE:  SKI TRAIN FIRE
    IN KAPRUN, AUSTRIA                    CASE NO.
4                                         01 MDL 1428   (SAS)
                                          06 CV. 1657   (SAS)
5   ------------------------------x
6
                                          New York, N.Y.
7                                         April 25, 2007
                                          11:45 a.m.
8
    Before:
9
                HON. SHIRA A. SCHEINDLIN,    DOC # 288
10
                                          District Judge
11
                             APPEARANCES
12
    NAGEL, RICE & MAZIE
13       Attorneys for American Plaintiffs
    BY:  JAY J. RICE
14
    SPEISER KRAUSE
15       Attorneys for American Plaintiffs
    BY:  CHRISTINA FRY
16
    EDWARD D. FAGAN
17       Liaison Counsel to Class Plaintiffs
18  FLORIDA LAW GROUP, L.L.C.
         Attorneys for Plaintiffs
19  BY:  JAMES F. LOWY
20  HANTMAN & ASSOCIATES
         Attorneys for Plaintiffs
21  BY:  ROBERT J. HANTMAN
22  REED, SMITH, LLP
         Attorneys for Defendant
23       Bosch Rexroth Corporation
    BY:  PAUL P. ROONEY
24
25

                  SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

*Original*  [Stamp: U.S. DISTRICT COURT FILED MAY 17 2007 S.D. OF N.Y.]

74P5SKIC                    conference

1           MR. FAGAN:  They did, your Honor.
2           THE COURT:  All right.
3           MR. FAGAN:  Those two people testified at the criminal
4    trial in Austria.
5           THE COURT:  Right.
6           MR. FAGAN:  However, at the time they testified at the
7    criminal trial in Austria they did not provide the information
8    that they were going to come in and provide in these
9    depositions.  They -- we were afraid of that exact reason of
10   the potential intimidation.  On the video I specifically asked
11   Mr -- the first.
12          THE COURT:  Schwartz.
13          MR. FAGAN:  -- Mr. Schwartz, whether he was afraid and
14   he wanted me to ask the Court to keep his identity
15   confidential.
16          When he said yes to that, in the December 28th video,
17   that's why I came into this court and asked the Court for
18   protection.  That's in a video; his specific statement about
19   that.
20          In addition, your Honor, what then happened from
21   December 28th, the next thing that happens is at the end of
22   February before there has ever been a deposition notice
23   scheduled, that witness and his lawyer are called by two
24   different people to attempt to prevent them from testifying.
25   That's a fact.  It can be produced for the Court.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1           And, in addition -- and that's one of the very reasons
2    why we wanted to keep it confidential, because we wanted the
3    witnesses to be able to come in and testify truthfully without
4    coercion or pressure.  That's in February.  That was -- the
5    phone calls were made -- this isn't me.  Mr. Lowy heard that
6    also from the whistle -- the first -- Mr. Schwartz' lawyer and
7    from Mr. Schwartz.  Mr. Lowy was there when we were speaking to
8    Mr. Schwartz on April the 11th.  And, he also had an
9    opportunity to see what Mr. Schwartz was going through not from
10   the February 28th phone call or the end of February phone
11   calls, but the phone calls that were made on April the 7th,
12   2007, right after the Court directed me to disclose the
13   identity and the statement including the declaration of what he
14   would testify to.
15           He got two phone calls that morning.  He got a phone
16   call from a -- from Dr. Stieldorf -- the lawyer got another
17   cone fall Dr. Stieldorf, the witness got a phone call from one
18   of Dr. Stieldorf's clients.
19           THE COURT:  Dr. Stieldorf doesn't work with the
20   defense, does he?
21           MR. FAGAN:  Yes, he does, your Honor.
22           THE COURT:  Oh, he does.  In what way does he work for
23   the defendant?  Which defendant employs him to do what?
24           MR. FAGAN:  Your Honor, he is part of a group in
25   Austria.  This is confirmed by the affidavit or declarations of

1  Dr. Geier.
2            THE COURT:  Part of a group to do what?
3            MR. FAGAN:  Part of a group to destroy the cases in
4  the United States.
5            THE COURT:  I'm sorry, Mr. Fagan.  You sound like you
6  are hallucinating.
7            MR. FAGAN:  No, ma'am.
8            THE COURT:  Excuse me.  I will now speak, you will
9  not.
10           Apparently he represents some plaintiffs.  Apparently
11 he would like to settle the cases.  Apparently he has got some
12 offers in the range of $20 million.  Apparently that offer is
13 not satisfactory to you and doesn't pay you enough but it has
14 nothing to do with the defendants.
15           MR. FAGAN:  Your Honor --
16           THE COURT:  He may be competing with you.  He may have
17 plaintiffs of his own.  He may wish to settle those cases for
18 $20 million.  He may wish to give you a hundred thousand
19 dollars or less in fees.  But, what has that got to do with
20 these defendants?  He may even have tried to discourage these
21 witnesses from testifying because he wants to wrap the case up,
22 but I would like to know which of the defendants employed
23 Dr. Stieldorf to do what.
24           MR. FAGAN:  Your Honor, Dr. Stieldorf is working
25 together with GBK.

74P5SKIC                        conference

1           THE COURT:  Is anybody here for GBK today?
2           MS. VALLETTA:  Yes, your Honor.  I am.
3           THE COURT:  Okay.  Go ahead.  He is working together
4   with GBK.
5           MR. FAGAN:  He is working together with Generali.
6           THE COURT:  Generali, anybody here for that?
7           MR. FAGAN:  No, your Honor.
8           THE COURT:  Go ahead.
9           MR. FAGAN:  He is working together with the Republic
10  of Austria.
11          THE COURT:  Anybody here for that entity today?  No.
12      Go ahead.
13          MR. FAGAN:  The witnesses --
14          THE COURT:  And I don't know what it means 'working
15  together.'.
16          In cases in this courtroom plaintiffs and defendants
17  work together all the time -- so called, 'work together' -- to
18  settle cases.  That doesn't mean that they are working together
19  in some kind of a conspiracy against other people.
20          MR. FAGAN:  Your Honor, but --
21          THE COURT:  In many of my cases plaintiffs and
22  defendants work well together.  It is called working together.
23          MR. FAGAN:  Yes, your Honor.
24          THE COURT:  They sit in a room together with or
25  without a mediator, they discuss the case, they try to settle

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

74P5SKIC                          conference

1    the case.  Sometimes they actually reach a settlement.  That
2    does not make them co-conspirators.  That does not make them
3    representatives of each other.  That does not mean that if one
4    of them calls their own client they violated the no contact
5    rule.
6              Dr. Stieldorf is a plaintiff's attorney, is he not?
7              MR. FAGAN:  Dr. Stieldorf.
8              THE COURT:  I will hear from Mr. Bishop.
9              MR. BISHOP:  Yes, your Honor.
10             I have the first and last pages of the plaintiff's
11   complaint in the Middle District of Florida case.  The first
12   page just begins to identify the caption and the last page
13   includes a list of the lawyers which the plaintiffs put on the
14   court files, and the last name listed is Dr. Johannes
15   Stieldorf.
16             THE COURT:  He is a plaintiff's lawyer.
17             MR. LOWY:  Your Honor, he is not.
18             THE COURT:  He is a plaintiff's lawyer.  Whether he
19   has been cooperating with defendants in effort to settle is up
20   to him.  Lawyers do that all the time.
21             MR. LOWY:  Your Honor, we amended the complaint on
22   September --
23             THE COURT:  That doesn't matter.  At the time that the
24   original complaint was filed he was represented to be a
25   plaintiff's lawyer.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300