**From:** Jennifer_Rosenberg@nysd.uscourts.gov
**To:** Kanzlei Dr. Johannes Stieldorf | Sekretariat <office@stieldorf.at>
**Cc:** Rooney, Paul P. <PRooney@ReedSmith.com>; faganlawintl@aim.com; JRice@nrmlaw.com
**Subject:** RE: 4.25.07 Dr. Stieldorf Letter to the Court
**Date:** Wed, 25 Apr 2007 3:05 pm

---

Dear Dr. Stieldorf,

The Judge has received your letter and is grateful for your input.  She asks that I inform you that she will give it full consideration in deciding any issues in this case.

With this email, I am forwarding your letter to all liaison counsel in the U.S. litigation (please see attachment, below).

Sincerely,

Jennifer


Jennifer S. Rosenberg
Law Clerk to the Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007
Office: 212.805.0474




Stieldorf(See attached file: StieldorfFagan24 04 07ENGLISH.doc)