# EDWARD D. FAGAN ESQ.
*Law Offices*
Five Penn Plaza, 23rd Floor, New York, NY   10001
Tel. (646) 378-2225, Fax (646) 417-5558 & Email: faganlawintl@aim.com

<u>Via Fax (212) 805-7920</u>                                    Wednesday 20 June 2007
Honorable Shira A. Scheindlin USDJ
United States District Court - Southern District of New York
500 Pearl Street - Chambers - Room 1620
New York, NY   10007

Re:   *In Re:Ski Train Fire in Kaprun Austria on November 11, 2000, MDL # 1428 (SAS); Blaimauer et al v. Omniglow et al, 03-CV-8960 (SAS); Geier et al v. Omniglow et al, 03-CV-8961 (SAS); Mitsumoto et al v. Republic of Austria et al 06-CV-2811 (SAS) and <u>Mitsumoto et al v. Robert Bosch Corp et al 07-CV-935 (SAS)</u>*

Honorable Judge:

Pursuant to Ms. Rosenberg; June 18, 2007 email, enclosed please find the June 20, 2007 Declaration of Dr. Ivo Greiter ("Greiter Declaration") responsive to questions raised by the Court in its email of Monday afternoon June 18, 2007 where the Court raised the issues of potential bars to re-filing of claims in Austria.

The Greiter Declaration is submitted by the 5 pm time as prescribed by the Court on Monday June 18, 2007.  The Court should note that Dr. Greiter requested that I advise the Court that in his par. 4 b) iii) there is a typo which should ready Bosch Rexroth Corporation that has been a defendant in the US since 2001 and as to which the same opinions and conclusions apply.

I do realize that there was a decision issued yesterday on Pacer indicating that the Court would not consider further submissions.  However, I believe that this submission is consistent with the Court prior request.

If I am incorrect I apologize for any inconvenience to the Court but believe this submission is proper and should be included for completeness of the record.

Respectfully submitted,

/s/ electronically signed
Edward D. Fagan


Attached 5 Page Declaration of Dr. Ivo Greiter


Ccs:   All Counsel of Record in the All Cases - electronically