or not the Court properly considered but which it should have *(See National Union Fire Ins. V. International Wire Group, supra)* before issuing its 19 June 2007 Order.

25. In view of the foregoing, Plaintiffs request the Court grant the relief sought in the July 3, 2007 Motion in its Entirety.

Dated: 3 July 2007
New York, NY

_____
Edward D. Fagan

---

### DECLARATION UNDER 28 USC § 1746

I declare, verify, certify and state under the penalty of perjury that the facts and statements as contained in paragraphs 12 to 20 of Mr. Fagan's foregoing Declaration are true and on behalf of Plaintiffs, I support and request the Court grant the relief sought in the foregoing Motion.

Dated: 3 July 2007

_____
Dr. Bernd Geier