**DOCUMENTS NECESSARY TO SUPPLEMENT THE RECORD**

**In Re: Ski Train Fire in Kaprun Austria on Nov. 11, 2000 - Case # 1:01-md-1428(SAS)**

Doc. 74 - 2nd Circuit Mandate regarding discovery related to GBK

Doc. 77 – Order that GBK provide discovery responses

Doc. 96 - 100 – GBK Motion to Dismiss and supporting Declarations and Memorandum of Law

Doc. 103 – Class Certification Opinion

Doc. 105 – Corrected Class Certification Opinion

Doc. 144 – Commission to Take De Bene Esse Depositions

Doc. 145 – 2nd Circuit mandate reversing Class Certification Decision

Doc. 146 – Omniglow Extension of Time

Doc. 159 – Transcript of Nov. 2, 2005 Hearing and all correspondence referred therein

Doc. 176 – Transcript of March 2, 2006 Hearing and all correspondence referred therein

Doc. 181 – Evidence Preservation Order

Doc. 182 – Order Blaimauer Case continues with Docket # of Batori case

Doc. 183 – Case Management Order – Omniglow to serve experts reports

Doc. 186 – Order extending Discovery Deadline

Doc. 188 – Case Management Order – Omniglow Motion struck

Doc. 199 – Scheduling Order – Omniglow to produce experts reports related to alleged lack of plaintiffs standing.

Doc. 204 – 2nd Circuit Mandate affirming decertification of class

Doc. 205 - Transcript of Aug. 9, 2006 Hearing and all correspondence referred therein

Doc. 208 – Case Management Order – permitting Amended Complaints in Blaimauer, Geier and Mitsumoto cases

Doc. 210 – Defendant Omniglow Extension of Time

Doc. 211 – Bosch Rexroth Corporation Answer to 2nd Amended Complaint

**Doc. 212 – Plaintiffs Request for Amended Complaint granted in Blaimauer, Geier and Mitsumoto cases**

**Doc. 217 – Answer by Robert Bosch to Amended Complaint in Mitsumoto v Robert Bosch**

**Doc. 224 - Transcript of Oct. 11, 2006 Hearing and all correspondence referred therein**

**Doc. 225 - Transcript of Nov. 17, 2006 Hearing and all correspondence referred therein**

**Doc. 236 - Transcript of Dec. 18, 2006 Hearing and all correspondence referred therein**

**Doc. 240 – Answer of Bosch Rexroth Corporation Answer to Consolidated 3rd Amended Complaint**

**2nd Amended Complaint**

**Doc. 244 – Order Directing Omniglow to respond to 3rd Amended Complaint by date certain**

**Doc. 246 - 250 – Motion by Siemens Transportation Systems to Dismiss based on *forum non conveniens* with supporting documents and memorandum**

**Doc. 253 – Motion by WIKA to Dismiss based on *forum non conveniens***

**Doc. 225 - Transcript of Feb. 2, 2007 Hearing and all correspondence referred therein**

**Doc. 262 - Transcript of March 28, 2007 Hearing and all correspondence referred therein**

**Doc. 270 – Omniglow request for extension granted**

**Doc. 288 - Transcript of April 25, 2007 Hearing and all correspondence referred therein**

**Doc. 297 – 19 June 2007 Opinion and Order entered on 20 June 2007**

**Doc. 298 – 21 June 2007 Order**

**Doc. 300 - 302 – Affidavits of Bias of Dr. Bernd Geier and Dr. Toichiro Kigawa and all exhibits referenced therein**

**Doc. 303 – Supplemental Declaration of Bias of Dr. Bernd Geier**

**Doc. 304-5 – Notice of Motion For Hearing to Supplement the Record and other relief**

**Note:** Plaintiffs submit that all faxes and email communications related to these cases with, to or from the Court from Jan. 1, 2006 to the present should be included in the record.

**Blaimauer et al v. Omniglow et al - Case # 1:03-cv-8960 (SAS)**

**Doc. 1 – Complaint**

**Doc. 4 – Answer to Complaint by Omniglow Corp.**

**Doc. 8 – Answer to Complaint by American Cyanamid**

**Doc. 22 – 23 – Affidavits of Ruth Liston for Omniglow and American Cyanamid**

**Doc. 30 – Transcript of October 26, 2004 Hearing and all correspondence referred therein**

**Doc. 32 – Transcript of December 6, 2004 Hearing and all correspondence referred therein**

**Doc. 34 – Transcript of March 18, 2005 Hearing and all correspondence referred therein**

**Doc. 36 – 48 – Motion for Intervention and supporting Affidavits**

**Doc. 50 – Omniglow Answer to Amended Complaint**

**Doc. 52 – Bosch Rexroth Corporation Answer to Amended Complaint**

**Doc. 57-58 – Omniglow Motion to Dismiss for Alleged Lack of Standing**

**Doc. 60 – 64 – Plaintiffs Opposition to Motion to Dismiss for Alleged Lack of Standing**

**Doc. 65 – Order Omniglow and Bosch Rexroth Motions Denied**

**Doc. 71 – Notice of Filing of 2nd Amended Complaint**

**Doc. 77 – 2nd Amended Complaint**

**Doc. 85 – Omniglow Answer to 2nd Amended Complaint**

**Doc. 90 – Notice of Filing of 4th Amended Complaint**

**Doc. 91 – 4th Amended Complaint**

**Doc. 98 – Bosch Rexroth Corporation Answer to 4th Complaint**

**Doc. 103 - Transcript of Jan. 4, 2007 Hearing and all correspondence referred therein**

**Doc. 105-106 – Motion to Dismiss by Omniglow based on Statute of Limitations**

**Doc. 110 – Motion for Summary Judgment by Bosch Rexroth Corporation**

**Doc. 118 - 121– Motion to Dismiss by Omniglow based on Statute of Limitations and Lacking of Standing**

**Doc. 124 – 127 - Motion to Disqualify and Sanction Omniglow Counsel for Spoliation of Evidence**

**Doc. 130 – Transcript of May 25, 2007 Hearing and all correspondence referred therein**

**Doc. 130 – Transcript of March 30, 2007 Hearing before Judge Katz and all correspondence referred therein**

**Doc. 162 – 19 June 2007 Opinion and Order**

**Doc.163 – 21 June 2007 Order mischaracterizing courtesy copy of papers sent to chambers**

**Doc. 165 – Affidavits of Bias of Dr. Bernd Geier and Dr. Toichiro Kigawa and all exhibits referenced therein**

**Doc. ___ – Supplemental Declaration of Bias of Dr. Bernd Geier**

**Doc. ___ – Notice of Motion For Hearing to Supplement the Record and other relief**

**Geier et al v. Omniglow et al - Case # 1:03-cv-8961 (SAS)**

**Doc. 1 – Complaint**

**Doc. 6 – Answer to Complaint by Omniglow Corp.**

**Doc. 8 – Answer to Complaint by American Cyanamid**

**Doc. 35 – 26 – Motion for Intervention and supporting Affidavits**

**Doc. 29 – Omniglow Answer to Amended Complaint**

**Doc. 33 – Bosch Rexroth Corporation Answer to Amended Complaint**

**Doc. 44 – Notice of Filing of 4th Amended Complaint**

**Doc. 45 – 4th Amended Complaint**

**Doc. 48 – Bosch Rexroth Corporation Answer to 4th Complaint**

**Doc. 57 - 58 - Motion to Dismiss and Memorandum of Law and supporting documents by Siemens Transportation Systems**

**Doc. __ - __ - Motion to Dismiss and Memorandum of Law and supporting documents by HYDAC**

**Doc. __ - 60 - Motion to Dismiss and Memorandum of Law and supporting documents by WIKA**

**Doc. __ – __ - Motion for Sanctions against Omniglow and Counsel for Spoliation of Evidence**

**Doc. 62 – Reply Memorandum of HYDAC**

**Doc. 63 – Reply Memorandum of Siemens Transportation Systems**

**Doc. 63 – Reply Memorandum of WIKA**

**Doc.65 – 21 June 2007 Order mischaracterizing courtesy copy of papers sent to chambers**

**Doc. 66 – Affidavits of Bias of Dr. Bernd Geier and Dr. Toichiro Kigawa and all exhibits referenced therein**

**Doc. ___ – Supplemental Declaration of Bias of Dr. Bernd Geier**

**Doc. ___ – Notice of Motion For Hearing to Supplement the Record and other relief**

**Mitsumoto et al v. Republic of Austria et al – Case # 1:06-cv-2811 (SAS)**

Doc. 1 - Complaint

Doc. __ - ___ - Declarations of Service

Doc. __ -  19 June 2007 Opinion and Order entered on 20 June 2007

Doc.  __ – Affidavits of Bias of Dr. Bernd Geier and Dr. Toichiro Kigawa and all exhibits referenced therein

Doc. ___  – Supplemental Declaration of Bias of Dr. Bernd Geier

Doc. ___ – Notice of Motion For Hearing to Supplement the Record and other relief

**Mitsumoto et al v. Robert Bosch Corp. et al - Case # 1:07-cv-935(SAS)**

**Plaintiffs Complaint dated Sept 2006**

**Doc. 4 – Answer to Amended Complaint by Robert Bosch Corp.**

**Doc. 7 – April 17, 2007 Order that Plaintiffs must post bond**

**Doc. 8 – 10 – Motion to Dismiss Complaint by ExxonMobil on forum non conveniens grounds and supporting documents**

**Doc. 12 – 13 – Motion to Dismiss Complaint by Robert Bosch Corp on forum non conveniens grounds and supporting documents**

**Doc. 18, 21 22 – Opposition to Motion by Plaintiffs, incorporating other documents and experts reports related to forum non conveniens**

**Doc. 25 – 28 – Motion to be Relieved as Counsel**

**Doc 29 – 31 – Motion to Disqualify and for Sanctions related to Spoliation of evidence**

**Doc. 33 - 34– Plaintiffs Opposition to Motions to Dismiss**

**Doc. 34, 36-40 – Opposition to Motions for Sanctions and to Disqualify**

**Doc. 43 – Order signed on 14 June 2007 but not entered until 19 June 2007 and not promptly delivered to plaintiffs counsel**

**Doc. 44 – 19 June 2007 Opinion and Order entered on 20 June 2007**

**Doc. 46 – 21 June 2007 Order mischaracterizing courtesy copy of papers sent to chambers**

**Doc. 45 - 47 – Affidavits of Bias of Dr. Bernd Geier and Dr. Toichiro Kigawa and all exhibits referenced therein**

**Doc. ___ – Supplemental Declaration of Bias of Dr. Bernd Geier**

**Doc. ___ – Notice of Motion For Hearing to Supplement the Record and other relief**

**Stadman et al v. Austrian National Tourist Office et al - Case # 1:07-cv-3881 (SAS)**

**Doc. 1 - Complaint**

**Doc. __ - ___ - Declarations of Service**

**Doc. __ -  19 June 2007 Opinion and Order entered on 20 June 2007**

**Doc.  __ – Affidavits of Bias of Dr. Bernd Geier and Dr. Toichiro Kigawa and all exhibits referenced therein**

**Doc. ___  – Supplemental Declaration of Bias of Dr. Bernd Geier**

**Doc. ___ – Notice of Motion For Hearing to Supplement the Record and other relief**