upcoming Conference – and which confirm the inadequacy of Austria as a forum for Plaintiffs' claims.

18. Plaintiffs respectfully submit that the failings of the Austria Courts, Judicial System and Experts - as noted in the German Prosecutor's Report - are the latest in a long series of reasons that justify expedited reversal of the 19 June 2007 Opinion and Order.

## DECLARATION UNDER 28 USC § 1746

I/we declare, verify, certify and state under the penalty of perjury the foregoing statements to be true.

Dated: 5 July 2007
      Munich, Germany

_____
Dr. Bernd Geier

Dated: 5 July 2007
      New York, NY

_____
Edward D. Fagan