

# Baden-Württemberg

STAATSANWALTSCHAFT HEILBRONN

Staatsanwaltschaft Heilbronn · Postfach 3420   74024 Heilbronn

| | |
|---|---|
| Datum | 02.07.2007 |
| Name | OStA Schwarz |
| Durchwahl | 07131 64 - 3695 |
| Telefax: | 07131 64 - 3699 |
| Aktenzeichen | 21 Js 27386/05 |
| | (Bitte bei Antwort angeben) |

Herrn Rechtsanwalt
Dr. Herwig Hasslacher
Hauptplatz 25
9500 Villach
Österreich

Ermittlungsverfahren gegen
1. Wolfgang Buchert, geb. 16.11.1937,
2. Norbert Bischoff, geb. 04.07.1951,
3. Rüdiger Kurz, geb. 13.11.1941,
4. Heinz Kicherer, geb. 23.04.1922,
5. Joachim Söhn, geb. 28.05.1948,
wegen Verdachts der fahrlässigen Tötung u.a.

Ihr Schriftsatz vom 29.06.2006, Gregor Schwarwitzl u.a.

Anlage
Ermittlungsbericht der Landespolizeidirektion Stuttgart vom 27.03.2007 in Kopie

Sehr geehrter Herr Rechtsanwalt Dr. Hasslacher,

angeschlossen übersende ich Ihnen Ablichtungen des Ermittlungsberichts der Landespolizeidirektion Stuttgart vom 27.03.2007, der den Verteidigern bekannt gemacht wurde, zur Kenntnisnahme.

Eine darüber hinausgehende Akteneinsicht ist derzeit nicht möglich.

Ich beabsichtige, in den nächsten Wochen eine Abschlussverfügung vorzubereiten.

Mit freundlichen Grüßen

Schwarz
Oberstaatsanwalt

Rosenbergstr. 8   74072 Heilbronn   Telefon 07131 64-1 · Telefax 07131 64-3732  poststelle@staheilbronn.justz.bwl.de
www.staatsanwaltschaft-heilbronn.de · www.service-bw.de