DiePresse.com | Panorama | Österreich | 🖶 Artikel drucken

# Neue Ermittlungs-Ergebnisse im Fall Kaprun

04.07.2007 | 17:54 | (APA)

In Deutschland ermittelt die Stuttgarter Polizei gegen Beschäftigte der Firma Fakir, deren Heizlüfter in die Wagen der Seilbahn Kaprun eingebaut worden waren. Der Bericht der Exekutive widerspricht einem österreichischen Richter, der bei den Lüftern von "Produktions- und Konstruktionsfehlern" sprach. Laut Stuttgarter Polizei soll der Einbau des Geräts ursächlich für das Unglück gewesen sein.

Der Bericht der Stuttgarter Exekutive "spricht" die vier Fakir-Mitarbeiter und ein Mitarbeiter einer deutschen Kunststofftechnikfirma von jeglicher Schuld an der Seibahnkatastrohe vom 11. November 2000 mit 155 Toten "frei". Den Freispruch aller 16 Beschuldigten im Februar 2004 hatte der Salzburger Einzelrichter Manfred Seiss damit begründet, dass am Heizlüfter ein Produktions- und Konstruktionsfehler vorgelegen sei. Die Stuttgarter Polizei ortete aber als Unglücksursache den bestimmungswidrigen Einbau des Geräts in den Führerstand.

Die noch ausstehende Entscheidung in Heilbronn nehme keinen Einfluss auf das Urteil im Salzburger Strafverfahren, sagte der Wiener Opfer-Anwalt Johannes Stieldorf . Für den Wiener Opfer-Anwalt Gerhard Podovsovnik "sind die Karten neu gemischt". Podovsovnik - er vertritt zehn Angehörige - überlegt nun "sämtliche rechtliche Schritte, wie der Strafprozess wieder aufgenommen werden kann". Das österreichische Verfahren könne aber nicht mehr aufgenommen werden, sagte hingegen Stieldorf.

Laut Gebrauchsanweisung hätte der Heizlüfter in keinem Fahrzeug verwendet werden dürfen, steht u.a. in dem 55 Seiten umfassenden Ermittlungsbericht. Richter Seiss meinte aber in seiner Urteilsbegründung, dass die Standseilbahn dem Gesetz nach nicht als Fahrzeug gelte.

(APA)

© DiePresse.com



Kleine Zeitung > Nachrichten > Chronik

Korruptionsvorwürfe gegen Kroatiens Premier

Zur Kärnten-Ausgabe wechseln

Benutzername [        ]  ▶ Hilfe
Passwort [        ] [Anmelden]
▶ Neu registrieren
133096 Mitglieder | 193 online
05. Juli 2007 16:50

**Aktuell**
⊟ **Nachrichten**
   Chronik
   Kultur
   Politik
   Wirtschaft
⊞ **Sport**
⊞ **Regionen**
   Graz
**Video**
**Leser-Reporter**

**Magazin**
**Leute & Style**
**Auto & Motor**
**Immo & Wohnen**
**Job & Karriere**
**Multimedia**
**Reise**
**Wellness**
**Wissen**

**Freizeit**
**Aktiv**
**Events & Tickets**
**Kino**
**Lokale & Rezepte**
**TV-Programm**
**Wetter**

**Unterhaltung**
**Horoskop**
**Flirtzone**
**Partnersuche**
**Spielen & Gewinnen**
**Meine Kleine**
**Weblogs**

**Vorteilsclub**
**Vorteile**
**E-Paper & Archiv**
**Abo-Service**

**Service**
**Aboangebote**
**Handwerkersuche**
**Kiosk**
**Ombudsmann**
**Prospekte**
**Schlanker Leben**

**Anzeigen**
**Auto** (10551)
**Immobilien** (18402)

Startseite > Nachrichten > **Chronik**
04.07.2007 08:36

## Fall Kaprun: Ist der Heizlüfter-Erzeuger schuldlos?

Knalleffekt im Prozess um die Brandkatastrophe in der Gletscherbahn: Laut neuesten Ermittlungen war das Heizgerät für die Bahn ungeeignet. Heizlüfter löste Brand aus, der 155 Menschen das Leben kostete.



Unzählige Aktenordner füllt der Kaprun-Prozess    Foto: APA

Den Hersteller des deutschen Heizlüfters soll nach Angaben der ermittelnden Landespolizeidirektion Stuttgart keine Schuld an der Seilbahnkatastrophe von Kaprun am 11. November 2000 mit 155 Toten treffen, so die "Salzburger Nachrichten" in ihrer aktuellen Ausgabe. Das Verfahren gegen Fakir ist aber noch nicht abgeschlossen, sagte die Sprecherin der Staatsanwaltschaft Heilbronn.

**Gerät ungeeignet.** War das Salzburger Gericht von einem Produktions- und Konstruktionsfehler am Heizlüfter ausgegangen, der in die Standseilbahn eingebaut worden war, liegt für die Stuttgarter Landespolizeidirektion Stuttgart die Ursache in der Auswahl des für Bahnen ungeeigneten Geräts, in der bestimmungswidrigen Verwendung und im Einbau in den Führerstand. Die drei Gutachten, die zum Freispruch von alle 16 Beschuldigten vor drei Jahren am Landesgericht Salzburg geführt hätten, seien "von unzutreffenden Voraussetzungen" ausgegangen, hieß es.

**Grundlage für Abschlussbericht.** Der Staatsanwaltschaft in Heilbronn liege der Ermittlungsbericht der Stuttgarter Polizei vor, sagte deren Sprecherin Michaela Molnar gegenüber der Austria Presse Agentur. Der Bericht werde auch Grundlage für den Abschlussbericht des zuständigen Staatsanwaltes sein. Bis Ende August will er entschieden haben, ob das Verfahren eingestellt oder ob etwa Anklage erhoben wird. Bei vorläufiger Bewertung des Verfahrens könne der Heizlüfter-Firma aber möglicherweise keine Schuld angelastet werden, "aber es muss noch alles geprüft werden", meinte Molnar.

▸ **Weiter: Ermittlungsverfahren gegen Heizlüfterfirma**

**Fakten**
Am **11. November 2000** brach in der **Standseilbahn** auf das **Kitzsteinhorn** in Kaprun ein **Feuer** aus. Damals **starben 155 Menschen** im Flammeninferno.



In diesem Tunnel ereignete sich die Brandkatastrophe    Foto Reuters



Die Überreste des Gletscherexpress nach dem Brand    Foto: AP

**Entschädigung**
Bis zum Sommer will die **Vermittlungskommission** eine Lösung für die **Hinterbliebenen** der Brandkatastrophe in Kaprun finden. Rund **16 Millionen Euro** soll zur **Entschädigung der Opfer** ausbezahlt werden - vorausgesetzt, es herrscht internationaler **Rechtsfriede**.

**Mehr Chronik**
   **Londoner U-Bahn entgleist - 37 Verletzte**
   **Einbrecher plauderten**

**Foren**



▸ **Gesamtschule**

**Parten**



Todesanzeigen aus allen steirischen Regionen
▸ **Mehr**

**Schwerpunkte**



▸ **Suche nach Maddie**

**Bilder des Tages**



▸ **Mehr**

**Umfrage**
Soll sich Salzburg noch einmal für die Olympiade bewerben?
○ Ja
○ Nein
[Abstimmen]
▸ **Ergebnis anzeigen**

**Steirer-Tour**



Udo Jürgens-Konzert in Leoben
▸ **Mehr**
▸ **Keltenfest in Großklein**
▸ **Tag der Jugend in Weiz**
▸ **Stadtfest Judenburg**

**Jobs** (3603)
**Marktplatz** (43877)
**Parten**
**Privatmarkt**
**Tarif & Mediadaten**

**Dienste**
**Mobile Ausgabe**
**Newsletter**
**RSS Feed**
**SMS-Services**

**Suche**

[Suchen]

▸ **kleinezeitung.at als Startseite**

🖶 **Drucken**      ✉ **Versenden**      **Zurück**

**US Green Card Programm**
Bewerbung American Green Card Leben Und Arbeiten in den USA

**Call Germany from USA 3c**
No Fees nationwide access, call log 500 m free, Calllog, recharge bonus

Google -Anzeigen

für Studie aus ...
**Bienenseuche in Wilhelmsburg aufgetreten**
**Knittelfeld: Stahlbauschlosser stürzt...**
**Vogelgrippe in Deutschland und Frankr...**

▸ **Truck-Trial 2007 in Voitsberg**
▸ **Promi-Aufmarsch bei Weinkost am Pogusch**
▸ **Motor Mythos Classic in Hartberg**
▸ **"Nordwand": Filmdreh am Dachstein**
▸ **Skate: Wheelbite-Festival in Feldbach**
▸ **Hip-Hop-WM in Graz**

**Video**



Nachrichten, Regionales, Tratsch & Comedy im Bild!
▸ **Mehr**

Leute TV
▸ **"Mitten am Pogusch"**
▸ **"Jump"**
▸ **Staffelübergabe**
▸ **Highland-Games**

Regional
▸ **Hip Hop WM/EM Graz**
▸ **Féte Blanche in Graz**
▸ **Keltenfest in Großklein**
▸ **Chorwolke II in Graz**
▸ **Stadfest Judenburg**

**Wetter**



Die Aussichten für alle steirischen und Kärntner Gemeinden!
▸ **Mehr**

**Die Kleine macht Schule**



Jetzt anmelden für das neue Schulprojekt!
▸ **Mehr**

AGB  |  Impressum & Kontakt  |  Über uns  |  Aboangebote  |  Tarif & Mediadaten

**derStandard.at | Panorama | Chronik**

04. Juli 2007
10:26 MESZ



Nach neuesten Ergebnissen war der Heizzlüfter keine Fehlproduktion, sondern hätte gar nicht in die Fahrerkabine eingebaut werden dürfen

## Kaprun-Unglück: Heizlüfter-Erzeuger überraschend entlastet

Deutsche Polizei: Gerät war für Einbau in Bahnen ungeeignet - Salzburger Gericht ging von Produktionsfehler aus

Salzburg - An der Seilbahnkatastrophe von Kaprun wurde der deutsche Hersteller des Heizlüfters überraschend entlastet, berichten die "Salzburger Nachrichten".

Nach Angaben der ermittelnden Landespolizeidirektion Stuttgart trifft den Hersteller Fakir keine Schuld am Unglück bei dem insgesamt 155 Menschen ums Leben kamen. Das Verfahren gegen Fakir sei aber noch nicht abgeschlossen, erklärte die Sprecherin der Staatsanwaltschaft Heilbronn. Die drei Gutachten vom Landesgericht Salzburg vor drei Jahren , die zum Freispruch von alle 16 Beschuldigten führten, seien damit allerdings "von unzutreffenden Voraussetzungen" ausgegangen.

### Von Produktionsfehler ausgegangen

Das Salzburger Gericht ist von einem Produktions- und Konstruktionsfehler am Heizlüfter ausgegangen, der in die Standseilbahn eingebaut wurde. Für die Stuttgarter Landespolizeidirektion liegt die Ursache in der Auswahl des für Bahnen ungeeigneten Geräts. Das Gerät wurde durch den Einbau in den Führerstand bestimmungswidrig verwendet.

Das Ermittlungsverfahren gegen die zwei Mitarbeiter von Fakir und gegen einen Kunststoffteilerzeuger war von der Staatsanwaltschaft Heilbronn auf Ersuchen der Salzburger Staatsanwaltschaft in Auftrag gegeben worden. Grundlage war eine Strafanzeige der Gletscherbahnen Kaprun gegen Fakir.

### Heizlüfter nicht für Fahrzeuge geeignet

Die Heizlüfter-Firma hat bisher jede Verantwortung für das Gletscherbahn-Unglück von Kaprun bestritten. Es sei nicht bewiesen, dass der Heizlüfter in der Standseilbahn tatsächlich von Fakir gewesen sei, erklärte ein Vertreter des Unternehmens. Es wurde auch betont, dass laut Bedienungsanleitung die Heizlüfter nicht in Fahrzeuge eingebaut werden dürfen.

### August wird über weiteres Verfahren entschieden

Der Staatsanwaltschaft in Heilbronn liege der Ermittlungsbericht der Stuttgarter Polizei vor, erklärte deren Sprecherin Michaela Molnar. Der Bericht werde auch Grundlage für den Abschlussbericht des zuständigen Staatsanwaltes sein. Bis Ende August will er entschieden haben, ob das Verfahren eingestellt oder ob etwa Anklage erhoben wird. Bei vorläufiger Bewertung des Verfahrens könne der Heizlüfter-Firma aber möglicherweise keine Schuld angelastet werden, "aber es muss noch alles geprüft werden", meinte Molnar.(APA)

Kaprun-Unglück: Heizlüfter-Erzeuger überraschend entlastet                          http://derstandard.at/druck/?id=2945539

© 2007 derStandard.at - Alle Rechte vorbehalten.
Nutzung ausschließlich für den privaten Eigenbedarf. Eine Weiterverwendung und Reproduktion über den persönlichen Gebrauch hinaus ist nicht gestattet.

Case 1:07-cv-03881-SAS    Document 14-6    Filed 07/05/2007    Page 6 of 6

# wienweb.at

🖶 Artikel drucken

04.07.2007: E-News - Österreich



© Bild: Thomas Holzinger

**Kaprun-Unglück**

**Deutsche Polizei entlastet Heizlüfterfirma**

Sieben Jahre nach der Brandkatastrophe in der Standseilbahn am Kitzsteinhorn
(Salzburg) sorgt nun ein neues Gutachten aus Deutschland für Aufregung. Laut
Stuttgarter Polizei trifft die Heizlüfterfirma keine Schuld am Unglück, das berichten
die Salzburger Nachrichten am Mittwoch.

Beim Zwischenfall im November 2000 sind in Kaprun 155 Menschen ums Leben
gekommen. Das Salzburger Gericht war von einem Produktionsfehler an dem Gerät
der Firma Fakir ausgegangen. Vor drei Jahren hatte der Prozess dann mit einem
Freispruch der 16 Angeklagten geendet.

Die Gletscherbahnen Kaprun hatten schließlich eine Strafanzeige gegen die
Heizlüfterfirma eingereicht. Daraufhin war von der Staatsanwaltschaft das besagte
Gutachten in Auftrag gegeben worden. Bis Ende August soll nun entschieden werden
ob das Verfahren eingestellt oder ob Anklage erhoben wird. (vk)

Url des Artikels:
http://www.wienweb.at/content.aspx?id=136913&channel=2&cat=8

Fenster schließen