**EXHIBIT   2**

**To**

**Plaintiffs' Aug. 20, 2007 Motion**