# EXHIBIT 4

## To

## Plaintiffs' Aug. 20, 2007 Motion

**From:** von Waldow, Arnd N. <AvonWaldow@ReedSmith.com>
**To:** JRice@NRMLAW.com; hantmanrj@aol.com
**Cc:** faganlawintl@aim.com; cmf@ny.speiserkrause.com; rswift@kohnswift.com; egordon.haesloop@bmbmlaw.com; bbishop@kirkland.com; aliederm@morrisonmahoney.com; Rooney, Paul P. <PRooney@ReedSmith.com>
**Subject:** Re: In re Ski Train, MDL 1428 Conference
**Date:** Thu, 5 Jul 2007 4:55 pm

Ed: I just had a thought that might be worth exploring: In return for the pending sanctions motion possibly being withdrawn, would you consider not appealing the FNC dismissal of the foreign plaintiffs' claims? Thanks, Arnie.