EXHIBIT   6

To

Plaintiffs' Aug. 20, 2007 Motion

Defendants' requests are granted in part and denied in part.

Defendants' request that the Court issue an order either striking Plaintiffs' supplemental affidavits and declarations filed with their motion for reconsideration, or grant Defendants leave to file a formal motion to strike is denied. However, Plaintiffs may not file any additional affidavits or declarations in support of their motion. Defendants' request for an extension of time to respond to Plaintiffs' motion for reconsideration is granted. Defendants have until September 15, 2007 to respond. No further extensions will be granted.

Date: 8/8/07

SO ORDERED:

_____
Shira A. Scheindlin, U.S.D.J.