**EXHIBIT 7**

**To**

**Plaintiffs' Aug. 20, 2007 Motion**

# EDWARD D. FAGAN ESQ.
## Law Offices
Five Penn Plaza, 23rd Floor, New York, NY 10001
Tel. (646) 378-2225, Fax (646) 417-5558 & Email: faganlawintl@aim.com

AUG - 9 2007

Thursday 9 August 2007

<u>Via Fax (212) 805-7920</u>
Honorable Shira A. Scheindlin USDJ
United States District Court
Southern District of New York
500 Pearl Street - Chambers 1620
New York, NY 10007

Re:  <u>In Re:Ski Train Fire in Kaprun Austria on November 11, 2000, MDL # 1428 (SAS); Blaimauer et al v. Omniglow et al, 03-CV-8960 (SAS); Geier et al v. Omniglow et al, 03-CV-8961 (SAS); Mitsumoto et al v. Republic of Austria et al 06-CV-2811 (SAS); and Mitsumoto et al v. Robert Bosch Corp et al 07-CV-935 (SAS)</u>

Honorable Judge:

I am in receipt of the Court's August 8, 2007 Order and note that the Court did not include the date by which Plaintiffs' Reply is due after Defendants' Response is filed on Sept. 15, 2007[1].

For the reasons set forth below, Plaintiffs' respectfully request that the Court "So Order" this letter to incorporate October 1, 2007 as the due date for Plaintiffs' Reply to Defendants' Respone.

As the Court knows, the schedule requested by the parties and fixed by the Court at the July 11, 2007 Conference, was that Defendants would have 3 weeks from the filing of Plaintiffs' Motion to file their Response and Plaintiffs would then have 2 weeks after Defendants' Response within which to file their Reply.

The original schedule was Plaintiffs' Motion was due on Aug. 27, 2007; Defendants' Response was due on Aug. 17, 2007; and Plaintiffs' Reply was due Aug. 31, 2007. Then, as per the Court's July 26, 2007 Order[2], Plaintiffs' Motion was due on Aug. 31, 2007, Defendants' Response was due on Aug. 21, 2007 and Plaintiffs Reply was due on Sept. 3, 2007. Now the schedule has been extended again based on Defendants' request for additional time. The new schedule calls for Defendants' Response to be filed on Sept. 15, 2007. As Sept. 15, 2007 is a Saturday, Defendants' Response may not formally be due until Monday Sept. 17, 2007.

This extension means Plaintiffs' Reply papers should now be due 2 weeks later on Monday Oct. 1, 2007. Plaintiffs therefore request the Court "So Order" this letter to reflect this new due date.

As always, thank you for the Court's consideration in this regard.

Respectfully submitted,

Edward D. Fagan
Ccs: All Counsel of Record - electronically

*Handwritten order:* Plaintiffs' request is granted. Plaintiffs must file their Reply to Defendants' Response to the motion for reconsideration by Oct. 1, 2007. SO ORDERED.
Date: 8/9/07
Shira A. Scheindlin, US

---
[1] This was the date Defendants requested and it is a Saturday.
[2] The Order granted Plaintiffs' request for a brief extension due to death of Mr. Lowy's father and