# EXHIBIT 9

## To

## Plaintiffs' Aug. 20, 2007 Motion

| | | |
|---|---|---|
| | | Clarify the Record and for other relief. This Document relates to 03-8960, 03-8961, 06-2811, 07-935, 07-3881. (rjm) (Entered: 07/09/2007) |
| 07/10/2007 | 312 | TRANSCRIPT of proceedings held on 12/16/04 before Judge Shira A. Scheindlin. (jbe) (Entered: 07/10/2007) |
| 07/31/2007 | 314 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from Edward D. Fagan dated 6/26/07 re: Request for a brief extension of time until 7/31/07 within which to file additional documents, including Declarations, Affidavits and Memorandum of Law, in support of Plaintiffs Motion for Reconsideration of the 6/19/07 Decision & Order. ENDORSEMENT: Plaintiffs' request is granted. Plaintiffs shall file their motion for reconsideration by the close of business on 7/31/07. Defendants shall file their opposition by August 21; Plaintiffs reply, if any, shall be due 9/3/07., No further adjournments for any reason. Set Deadlines/Hearing as to (313 in 1:01-md-01428-SAS-THK, 51 in 1:07-cv-00935-SAS) MOTION for Reconsideration re; Clerk's Judgment, *and for Other Relief.* : Responses due by 8/21/2007 Replies due by 9/3/2007. (Signed by Judge Shira A. Scheindlin on 7/26/07) Filed In Associated Cases: 1:01-md-01428-SAS-THK, 1:07-cv-00935-SAS. This document also relates to 03-8960, 03-8961, 06-2811.(rjm). (Entered: 08/01/2007) |
| 07/31/2007 | 315 | MOTION for Miscellaneous Relief as follows (i) Reconsideration and other relief purs. to Local Rule 6.3 & FRCP 60(b), (ii) Granting prior motions against Omniglow Corp./Cyalume Technologies for preclusion; (iii) Granting Plaintiffs' permission to intervene in existing cases against Omniglow Corp. & Bosch Rexroth Corp. (iv) Convening a final pre-trial conference related to claims Omniglow Corp./Cyalume Technology and Bosch Rexroth Corp. and scheduling cases for immediate trials; (v) Permitting plaintiffs to amend complaints to state new causes of action in accordance with Ross v Louise Wise Serv. Inc. (vi) and for other just and equitable relief. This Document relates to 03-8960, 03-8961, 06-2811, 07-935, 07-3881. Document filed by Carol Baker(on behalf of the Estate of Carrie Lynn Baker), Rudolf Kern, Angela Kern, John S. Habblett, Masatoshi Mitsumoto, Suzanne K. Habblett, Dick Baker.(rjm) (Entered: 08/09/2007) |
| 08/01/2007 | 313 | MOTION for Reconsideration re; Clerk's Judgment, *and for Other Relief*. Document filed by Masatoshi Mitsumoto. (Attachments: # 1 Affidavit Edward Fagan# 2 Appendix Fagan Signature Page# 3 Affidavit Dr. Bernd Geier# 4 Affidavit Dr. Ivo Greiter# 5 Affidavit Dr. Herwig Hasslacher# 6 Affidavit Dr. Gerhard Podovsovnik# 7 Affidavit Nanae & Masatoshi Mitsumoto# 8 Appendix Mitsumoto Signature Pages# 9 Affidavit Dr. Carl Abraham# 10 Affidavit Ken Torres# 11 Exhibit Potential Witness List# 12 Exhibit Potential Evidence List)Filed In Associated Cases: 1:01-md-01428-SAS-THK, 1:07-cv-00935-SAS(Fagan, Edward) (Entered: 08/01/2007) |
| 08/09/2007 | 316 | TRANSCRIPT of proceedings held on 7/11/07 before Judge Shira A. Scheindlin. (jbe) (Entered: 08/09/2007) |
| 08/13/2007 | 317 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from Edward D. |

| | | Fagan dated 8/9/07 re: that the Court "So Order" this letter to incorporate October 1, 2007 as the due date for Plaintiffs' Reply to Defendants' Response. ENDORSEMENT: Plaintiffs' request is granted. Plaintiffs must file their reply to Defendants' response to the motion for reconsideration by 10/1/07. Replies due by 10/1/2007. This Document relates to 03-8960, 03-8961, 06-2811, 07-935. (Signed by Judge Shira A. Scheindlin on 8/9/07) (rjm) (Entered: 08/14/2007) |

| **PACER Service Center** |
| **Transaction Receipt** |