# EXHIBIT 10

## To

## Plaintiffs' Aug. 20, 2007 Motion

# EDWARD D. FAGAN ESQ.
## Law Offices
Five Penn Plaza, 23rd Floor, New York, NY  10001
Tel. (646) 378-2225, Fax (646) 417-5558 & Email: faganlawintl@aim.com

<u>Via Fax (212) 805-7920</u>   Friday 17 August 2007
Honorable Shira A. Scheindlin USDJ
United States District Court - Southern District of New York
500 Pearl Street - Chambers - Room 1620
New York, NY  10007

Re:   *In Re:Ski Train Fire in Kaprun Austria on Nov.11, 2000, MDL # 1428 (SAS);*
      *Blaimauer 03-CV-8960(SAS); Geier 03-CV-8961(SAS); Mitsumoto 06-CV-2811(SAS),*
      <u>*Mitsumoto 07-CV-935 (SAS), Stadman 07-CV-3881(SAS) and Ferk 07-CV-4104 (SAS)*</u>

Honorable Judge:

With this letter, I am submitting a proposed form of Order with regards to the Court's decision related to Plaintiffs' Affidavits/Declarations of Bias and Motion for the Court to recuse itself pursuant to 28 USC §§144 and 455 *(Docs. 309-11 in Case # 1:01-md-1428).*

The transcript at which the Court read out its decision at the July 11, 2007 Conference was just filed on August 9, 2007 *(See Doc. 316 in Case # 1:01-md-1428).*

I respectfully request the Court execute the Order and then cause it to be expeditiously entered by the Clerk.

Respectfully submitted,

Edward D. Fagan

Attached Proposed Form of Order – 2 Pages
Ccs:   All Counsel of Record in the All Cases - electronically

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA         :   MDL # 1428 (SAS)
   ON NOVEMBER 11, 2000                         :
---------------------------------------------------------------X
This document relates to the following cases:
---------------------------------------------------------------X
BLAIMAUER, et al,                  Plaintiffs,  :
                                                :
   - and -                                      :   Civil Action #
                                                :   03-CV-8960 (SAS)
OMNIGLOW CORPORATION, et al        Defendants.  :
---------------------------------------------------------------X
---------------------------------------------------------------X
GEIER, et al,                      Plaintiffs,  :
   - and -                                      :   Civil Action #
                                                :   03-CV-8961 (SAS)
OMNIGLOW CORPORATION, et al        Defendants.  :
---------------------------------------------------------------X
---------------------------------------------------------------X
MITSUMOTO, et al,                  Plaintiffs,  :
   - and -                                      :   Civil Action #
                                                :   06-CV-2811 (SAS)
REPUBLIC OF AUSTRIA, et al         Defendants.  :
---------------------------------------------------------------X
---------------------------------------------------------------X
MITSUMOTO, et al,                  Plaintiffs,  :
   - and -                                      :   Civil Action #
                                                :   07-CV-935 (SAS)
ROBERT BOSCH CORP., et al          Defendants.  :
---------------------------------------------------------------X
---------------------------------------------------------------X
STADMAN, et al,                    Plaintiffs,  :
   - and -                                      :   Civil Action #
                                                :   07-CV-3881 (SAS)
AUSTRIAN NATIONAL TOURIST OFFICE, et al,        :
                                   Defendants.  :
---------------------------------------------------------------X
---------------------------------------------------------------X
FERK, et al,                       Plaintiffs,  :
   - and -                                      :   Civil Action #
                                                :   07-CV-4104 (SAS)
OMNIGLOW CORPORATION, et al,                    :
                                   Defendants.  :
---------------------------------------------------------------X

1

**THIS MATTER** having come on to be heard by the Court upon Plaintiffs' Motion requesting that the Court recuse itself, pursuant to *28 USC §§ 144 and 455 (Docs. 309-11 in Case # 1:01-md-1428)* and for the reasons set forth on the record on July 11, 2007 *[See transcript of July 11, 2007 Conference entered on August 9, 2007 (See Doc. 316 in Case # 1:01-md-1428)]*, the Motion is denied.

Dated: _____          _____
                                              Hon. Shira A. Scheindlin, USDJ