From: NYSD_ECF_Pool@nysd.uscourts.gov
To: deadmail@nysd.uscourts.gov
Subject: Activity in Case 1:01-md-01428-SAS-THK In Re: Ski Train Fire, et al v. , et al Judgment
Date: Mon, 9 Jul 2007 9:32 am

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 7/9/2007 at 9:29 AM EDT and filed on 7/9/2007

**Case Name:** In Re: Ski Train Fire, et al v. , et al
**Case Number:** 1:01-md-1428
**Filer:**
**Document Number:** 307(No document attached)

**Docket Text:**
JUDGMENT That for the reasons stated in the Court's Opinion and Order dated June 19, 2007, all five actions within this MDL brought solely on behalf of foreign plaintiffs on the grounds of forum non conveniens are dismissed; accordingly, these cases, [Nos. 03 civ. 8960; 03 Civ. 8961; 06 Civ. 2811; 07 Civ. 0935; and 07 Civ.3881], are closed. (Signed by J. Michael McMahon, clerk on 7/09/07) (ml)

**1:01-md-1428 Notice has been electronically mailed to:**
Stephen Thomas Roberts   stephen.roberts@mendes.com
Edward Davis Fagan   faganlawintl@aim.com
Nancy Ledy-Gurren   nledygurren@lgb-law.com
Eileen T. McCabe   eileen.mccabe@mendes.com
Brant W. Bishop   bbishop@kirkland.com

**1:01-md-1428 Notice has been delivered by other means to:**

Frederick L. Block
Kirkpatrick & Lockhart,Nicholson, Graham, LLP(DC)
1800 Massachussertts Avenue, NW
Washington, DC 20036

Bosch Rexroth Corporation
2315 City Line Road
Bethlehem, PA 18017

Karen Filkil


Robert B. Gilmore
Kirkland & Ellis LLP (Washington)
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005

Julie Posteraro

From: NYSD_ECF_Pool@nysd.uscourts.gov
To: deadmail@nysd.uscourts.gov
Subject: Activity in Case 1:07-cv-03881-SAS Stadman et al v. Austrian National Tourist Office, Inc. Clerk's Judgment
Date: Mon, 9 Jul 2007 10:27 am

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

United States District Court for the Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 7/9/2007 at 10:25 AM EDT and filed on 7/9/2007
**Case Name:** Stadman et al v. Austrian National Tourist Office, Inc.
**Case Number:** 1:07-cv-3881
**Filer:**
**Document Number:** No document attached

**Docket Text:**
CLERK'S JUDGMENT That for the reasons stated in the Court's Opinion and Order dated June 19, 2007, all five actions within this MDL brought solely on behalf of foreign plaintiffs on the grounds of forum non conveniens are dismissed; accordingly, these cases, [Nos. 03 civ. 8960; 03 Civ. 8961; 06 Civ. 2811; 07 Civ. 0935; and 07 Civ.3881], are closed (Orig. filed in case no. 01 MDL 1428 (SAS) as doc. # 307. (Signed by J. Michael McMahon, clerk on 7/9/07) (ml)

**1:07-cv-3881 Notice has been electronically mailed to:**
Edward Davis Fagan faganlawintl@aim.com, faganlawintl@aim.com

**1:07-cv-3881 Notice has been delivered by other means to:**

From: NYSD_ECF_Pool@nysd.uscourts.gov
To: deadmail@nysd.uscourts.gov
Subject: Activity in Case 1:07-cv-00935-SAS Mitsumoto v. Robert Bosch Corp. Clerk's Judgment
Date: Mon, 9 Jul 2007 10:22 am

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

United States District Court for the Southern District of New York

# Notice of Electronic Filing

The following transaction was entered on 7/9/2007 at 10:20 AM EDT and filed on 7/9/2007
**Case Name:** Mitsumoto v. Robert Bosch Corp.
**Case Number:** 1:07-cv-935
**Filer:**
**Document Number:** No document attached

**Docket Text:**
CLERK'S JUDGMENT That for the reasons stated in the Court's Opinion and Order dated June 19, 2007, all five actions within this MDL brought solely on behalf of foreign plaintiffs on the grounds of forum non conveniens are dismissed; accordingly, these cases, [Nos. 03 civ. 8960; 03 Civ. 8961; 06 Civ. 2811; 07 Civ. 0935; and 07 Civ.3881], are closed (Orig. filed in case no. 01 MDL 1428 (SAS) as doc. # 307. (Signed by J. Michael McMahon, clerk on 7/9/07) (ml)

**1:07-cv-935 Notice has been electronically mailed to:**
Robert D. Owen  rowen@fulbright.com
Edward Davis Fagan  faganlawintl@aim.com
John Francis Tully  jtully@fulbright.com

**1:07-cv-935 Notice has been delivered by other means to:**

john W. Bussey , III
Wilson, Elser, Moskowitz, Edelman & Dicker, L.L.P.
P.O. Box 531086
Orlando, FL 32853-1086

E. Gordon Haesloop
Bartlett, McDonough, Bastone & Monaghan, L.L.P.
300 Old Country Road
Mineola, NY 11591

Gregory T. Kenney
P.O. Box 2180
Room 1583 O
Houston, TX 77252

James F. Lowy
Florida Law Group, L.L.C.
3907 Henderson Boulevard
Suite 200