# EXHIBIT   1

| Home | PACER | Opinions | | Help |

# General Docket
# US Court of Appeals for the Second Circuit

Second Circuit Court of
Appeals

Court of Appeals Docket #:    08-0327-op                    Filed  1/17/08
Nsuit :

In Re: Kaprun Foreign Victims and Survivors,                 OPEN
Heirs and Family Representative v.

Appeal     SDNY (NEW YORK CITY)                              INDIV
from:

Case type information:

    Original Proceeding

    Extraordinary

    None

Lower court information:

    District:     01-md-1428

    Trial Judge:   Shira A. Scheindlin

    MagJudge:     Theodore H. Katz

    Date Filed:

    Date order/judgement:

    Date NOA filed:

Fee status: Paid

Panel Assignment:

Panel:

Date of decision:

Prior cases: NONE

Current cases NONE

Official Caption 1/
☐

             INDIV

             OPEN

---

In Re: Kaprun Foreign Victims and Survivors
Heirs and Family Representatives,

Petitioners.

---

Docket No. [s] : 08-0327 -op

Rudolf Kern, Individually and on behalf of the Estate
of Erich Kern, Angela Kern, Individually and on behalf
of the Estate of Erich Kern, John S. Habblett LTC, LTC
, individually on behalf of te Estates of Jennifer
Kirkpatrick Habblett Goodridge, Michael Jonclair
Goodridge and Kyle William Goodridge, Suzanne K.
Habblett, Individually on behalf of te Estates of
Jenifer Kirkpatrick Habblett Goodridge, Michael
Jonclair Goodridge and Kyle William Goodridge, Dick
Baker, Individually and on behalf of the Estate of
Carrie Lynn Baker, Carol Baker, Individually and on
behalf of the Estate of Carrie Lynn Baker, Claire
Goodridge, individually as surviving father and as
personal representative of the estate of Maj. Michael
Chair Goodridge, deceased, and individually as surviving,
Karen Filkil, Masatoshi Mitsumoto,

             Petitioners,

USCA2 Docket Sheet for 08-0327

v.

Leitner Lifts USA Inc., Oesterreichische
Elektrizitatswirtschafts AG, Siemens AG, doing business
as Siemens Corporation, Siemens AG Oesterreich,
Heitkamp, Inc., Bosch Rexroth AG, Bosch Rexroth
Corporation, Siemens Corporation, Wika Alexander
Wiegland GMBH & Co. KG, Robert Bosch Corporation,
Hydac Technology Corp., Siemens Transportation Systems,
Inc., Wika Instrument Corporation, Gletscherbahnen
Kaprun Aktiengesellschaft,

Respondents,

Leitner S.p.A., Waagner Biro AG, Swoboda Karosserie AG,
Bauberdafszentrum Stadlbauer AG, ABC Corporations
1-10, John Does 1 through 10, Swoboda Karosserie-Und
Stahlbau GmbH, Verbund-Austrian Hydro Power AG,
sucessor in Interest to Tauernkraftewerke AG, Tauren
Touristik GmbH, Thyssenkrupp AG, Intersport Austria
GmbH, Intersport International Corporation, Intersport
Marketing USA,

Defendants.

----------------------------

----------------------------

Authorized Abbreviated Caption 2/

Docket No. [s] : 08-0327 -op

In Re: Ski Train Fire v.

----------------------------

----------------------------

Docket as of    January 22, 2008    9:58 pm        Page    2

[]

USCA2 Docket Sheet for 08-0327

OPEN

Docket as of    January 22, 2008    9:58 pm    Page    3    INDIV    OPEN

☐

1/ Fed. R. App. P. Rule 12 [a] and 32 [a].
2/ For use on correspondence and motions only.

ABC Corporations 1-10

Defendant

Bauberdarfszentrum Stadlbauer
AG
Defendant

Intersport Austria GmbH

Defendant

Intersport International
Corporation
Defendant

Intersport Marketing USA

Defendant

John Does 1 through 10

Defendant

Docket as of    January 22, 2008    9:58 pm    Page    4    INDIV    OPEN

☐

Leitner S.p.A.

Defendant

Docket as of   January 22, 2008   9:58 pm                                    Page   5

Swoboda Karoserie AG
Defendant

Swoboda Karosserie-Und
Stahlbau GmbH
Defendant

Tauren Touristik GmbH
Defendant

Thyssenkrupp AG
Defendant

Verbund-Austrian Hydro Power
AG
Defendant

Wagner Biro AG
Defendant

☐                                                                            OPEN

                                                                             INDIV

Bosch Rexroth Corporation        Arnd N. Waldow Esq.
Respondent                       [ LD ret ]
                                 Reed Smith
                                 435 Sixth Avenue
                                 Pittsburg , PA , 15219
                                 412.288.7242

Robert Bosch Corporation         Arnd N. Waldow Esq.(See above)
Respondent                       [ LD ret ]

Bosch Rexroth AG

Respondent

Arthur J. Liederman Esq.

[ LD n ]
Morrison, Mahoney & Miller

17 State St.,
New York , NY , 10004

212-825-1212

Siemens AG

Respondent

Brant W. Bishop Esq.

[ LD ret ]
Kirkland & Ellis LLP

655 15th St., N.W.
Washington , DC , 20005

Docket as of    January 22, 2008    9:58 pm                Page    6

□                                                                INDIV

                                                                 OPEN

202-879-5000

Siemens AG Oesterreich

Respondent

Brant W. Bishop Esq.(See above)

[ LD ret ]

Siemens Corporation

Respondent

Brant W. Bishop Esq.(See above)

[ LD ret ]

Siemens Transportation
Systems, Inc.
Respondent

Brant W. Bishop Esq.(See above)

[ LD ret ]

Angela   Kern

Petitioner

Edward Davis Fagan Esq.

[ LD ret ]
Fagan & Associates

5 Penn Plaza
New York , NY , 10001

646-378-2225

| | | |
|---|---|---|
| Carol Baker | Edward Davis Fagan Esq.(See | |
| Petitioner | above) | |
| | [ LD ret ] | |

Docket as of   January 22, 2008   9:58 pm        Page   7

☐                                                        INDIV        OPEN

| | | |
|---|---|---|
| Dick Baker | Edward Davis Fagan Esq.(See | |
| Petitioner | above) | |
| | [ LD ret ] | |
| John S. Habblett | Edward Davis Fagan Esq.(See | |
| Petitioner | above) | |
| | [ LD ret ] | |
| Karen Filkil | Edward Davis Fagan Esq.(See | |
| Petitioner | above) | |
| | [ LD ret ] | |
| Masatoshi Mitsumoto | Edward Davis Fagan Esq.(See | |
| Petitioner | above) | |
| | [ LD ret ] | |
| Rudolf Kern | Edward Davis Fagan Esq.(See | |
| Petitioner | above) | |
| | [ LD ret ] | |
| Suzanne K. Habblett | Edward Davis Fagan Esq.(See | |
| Petitioner | above) | |
| | [ LD ret ] | |

Docket as of   January 22, 2008   9:58 pm        Page   8

☐                                                        INDIV        OPEN

| | |
|---|---|
| Wika Alexander Wiegland GMBH | Eileen T. McCabe Esq. |
| & Co. KG | |

Respondent

[ LD ret ]
Mendes & Mount

750 7th Ave.
New York , NY , 10019

212-261-8283

Wika Instrument Corporation    Eileen T. McCabe Esq. (See above)

Respondent                     [ LD ret ]

Heitkamp, Inc.                 Herbert  Rubin Esq.

Respondent                     [ LD ret ]
                               Herzfeld & Rubin

                               40 Wall St.
                               New York , NY , 10005

                               212-471-8500

Claire Goodridge               Kenneth P. Nolan Esq.

Petitioner                     [ LD ret ]
                               Speiser Krause Nolan & Granito

                               140 E. 45th St. 2 Grand Central
                               New York , NY , 10017

                               212-661-0011

Leitner Lifts USA Inc.         Kim M. Catullo Esq.

Respondent                     [ LD ret ]
                               Gibbons Del Deo, Dolan,
                               Griffinger & Vecchione

Docket as of    January 22, 2008    9:58 pm    Page    9

  □                                              INDIV

                                                 OPEN

                               1 Penn Plaza

USCA2 Docket Sheet for 08-0327

http://pacer.ca2.uscourts.gov/cgi-bin/dktrp.pl?CASENUM=08-0327&puid=0120117933.4

New York , NY , 10119

212-649-4700

Hydac Technology Corp.            Nancy Ledy-Gurren Esq.
Respondent                        Ledy-Gurren & Blumenstock

                                  [ LD ret ]

                                  475 Park Ave. S.
                                  New York , NY , 10016

                                  212-447-1111

Osterreichische                   Osterreichische
Elektrizitatswirtschafts AG       Elektrizitatswirtschafts AG
Respondent                        n/a
                                  Gibbons Del Deo, Dolan,
                                  Griffinger & Vecchione
                                  1 Penn Plaza
                                  New York , NY , 10119

Gletscherbahnen Kaprun            Robert A. Weiner Esq.
Aktiengesellschaft
Respondent                        [ LD ret ]
                                  McDermott Will & Emery LLP

                                  340 Madison Avenue
                                  New York , NY , 10017

                                  212.547.5400

Docket as of    January 22, 2008    9:58 pm    Page 10

☐                                                             INDIV

                                                             OPEN

1/17/08    Case Docketed: Petition for Writ of Mandamus
           on behalf of PETITIONER    Angela Kern,
           Carol Baker,  Dick Baker,  John Habblett,
           ET AL , filed, with proof of service.
           [Entry date Jan 18 2008 ]  [MR]

1/18/08    Note PRIOR case number(s): 07-0959-cv.

http://pacer.ca2.uscourts.gov/cgi-bin/dktrpt.pl?CASENUM=08-0327&pnid=012011793334

[Entry date Jan 18 2008 ] [MR]

1/18/08   Note RELATED case number(s):07-4121-cv,
          07-5317-cv.   [Entry date Jan 18 2008 ]
          [MR]

1/18/08   Copy of receipt re: payment of docketing fee
          filed on behalf of PETITIONER  Angela Kern,
          Carol Baker,  Dick Baker,  John Hamblett,
          ET AL .  RECEIPT #2 191502.   [Entry date
          Jan 18 2008 ] [MR]

Docket as of   January 22, 2008   9:58 pm                    Page  11

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 01/24/2008 07:51:22 | | |
| PACER Login: | ef0762 | Client Code: |
| Description: | dkt report | Case Number: | 08-0327 |
| Billable Pages: | 10 | Cost: | 0.80 |

# EXHIBIT  2

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**To:** deadmail@nysd.uscourts.gov
**Subject:** Activity in Case 1:07-cv-10293-SAS Edward D. Fagan, Esq. v. James F. Lowy, Esq. et al Order
**Date:** Wed, 2 Jan 2008 1:56 pm

---

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**United States District Court for the Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 1/2/2008 at 1:54 PM EST and filed on 12/28/2007
**Case Name:**     Edward D. Fagan, Esq. v. James F. Lowy, Esq. et al
**Case Number:**     1:07-cv-10293
**Filer:**
**Document Number:** 7(No document attached)

**Docket Text:**
**ORDER that I hereby recuse myself sua sponte with respect to any future proceedings in this action pursuant to 28 USC 455(a). A stay of all proceedings is ordered pending reassignment of this matter. The Clerk of the Court is directed to reassign this action, and to refer all further proceedings to the Judge to whom this action shall be reassigned. (Signed by Judge Shira A. Scheindlin on 12/26/07) (dle)**

**1:07-cv-10293 Notice has been electronically mailed to:**

Edward Davis Fagan faganlawintl@aim.com

Michael Richard Perle m.perle@earthlink.net

Robert J Hantman hantmanrj@aol.com

**1:07-cv-10293 Notice has been delivered by other means to:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

EDWARD D. FAGAN, DR. BERND
GEIER, and DR. GERHARD
PODOVSOVNIK,

              Plaintiffs,

   - against -

JAMES F. LOWY, INTERNATIONAL
LAW GROUP, LLC, ROBERT J.
HANTMAN, and HANTMAN &
ASSOCIATES,

              Defendants.
------------------------------------------------------X

**ORDER**

07 Civ. 10293

SHIRA A. SCHEINDLIN, U.S.D.J.:

By Opinion and Order dated August 16, 2007, this Court disqualified Edward D. Fagan from further participation on behalf of plaintiffs in a number of actions related to the above-captioned case. In so holding, I found that Mr. Fagan had "engaged in a pattern of unethical behavior" that warranted his disqualification as well as the imposition of sanctions.[1] In light of my holding regarding Mr. Fagan's misconduct and without having reviewed any submissions filed by any party in the above-captioned action, I hereby recuse myself sua sponte with respect to any future proceedings in this action pursuant to 28 U.S.C. §

---

    [1]    *See In re Ski Train Fire in Kaprun Austria on November 11, 2000,* Nos. 01 MDL 1428, 03 Civ. 8960, 03 Civ. 8961, 06 Civ. 2811, 07 Civ. 935, 07 Civ. 3881, 07 Civ. 4104, 2007 WL 2398697, at *3 (S.D.N.Y. Aug. 16, 2007).

455(a). A stay of all proceedings is ordered pending reassignment of this matter.

The Clerk of the Court is directed to reassign this action, and to refer all further

proceedings to the Judge to whom this action shall be reassigned.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:  New York, New York
         December 26, 2007

- Appearances -

**For Plaintiffs:**

Edward D. Fagan, Esq.
Five Penn Plaza, 23rd Floor
New York, NY 10001
(646) 378-2225

**For Defendants James F. Lowy and International Law Group, LLC:**

Michael Richard Perle, Esq.
Michael R. Perle, P.C.
1265 Paterson Plank Road
Secaucus, NJ 07094
(212) 864-0423
Fax: (201) 617-5500

**For Defendants Robert J. Hantman and Hantman & Associates:**

Robert J. Hantman, Esq.
Hantman & Associates
1414 Avenue of the Americas
Suite 406
New York, NY 10016
(212) 684-3933
Fax: (212) 684-0920

# EXHIBIT  3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CHAMBERS OF JUDGE SHIRA A. SCHEINDLIN
NEW YORK, NEW YORK  10007
Telephone (212) 805-0246
Telefax  (212) 805-7920

## FACSIMILE COVER SHEET

The information contained in this facsimile message is intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service.

ADDRESSEE: *Edward D. Fagan*

ADDRESSEE FACSIMILE TELEPHONE NUMBER: *(646)304-6446*

NAME OF COMPANY: _____

COMPANY TELEPHONE NUMBER: _____

CITY AND STATE: *5 Penn Plaza, NY N.Y.*

DATE TRANSMITTED: _____  TIME TRANSMITTED: _____

SENDER/NAME: JUDGE SHIRA A. SCHEINDLIN

OPERATOR: *Connie Daughtry*

CASE NAME: *Blaimauer, et al. v. Ozurigloe*

DOCKET NUMBER: *MDC 1428*

NUMBER OF PAGES Including Cover Sheet: *7*

## IMPORTANT!

MESSAGE: PLEASE DELIVER IMMEDIATELY!

_____ Original will NOT follow        _____ Original WILL follow

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:  SKI TRAIN FIRE IN KAPRUN    :
AUSTRIA ON NOVEMBER 11, 2000    :            MDL # 1428 (SAS)
-------------------------------------------------------X
This document relates to the following actions:
-------------------------------------------------------X
JOHANN BLAIMAUER, et al.,            :            ORDER

                    Plaintiffs,        :

                              :

      - against -            :

                              :            03–CV–8960 (SAS)
OMNIGLOW CORPORATION, et al.,    :

                    Defendants.        :
-------------------------------------------------------X
-------------------------------------------------------X
HERMAN GEIER, et al.,            :

                    Plaintiffs,        :

                              :

      - against -            :

                              :            03–CV–8961 (SAS)
OMNIGLOW CORPORATION, et al.,    :

                    Defendants.        :
-------------------------------------------------------X
-------------------------------------------------------X
NANAE MITSUMOTO, et al.,            :

                    Plaintiffs,        :

                              :

      - against -            :            06–CV–2811 (SAS)

                              :
THE REPUBLIC OF AUSTRIA, et al.,    :

                              :
                    Defendants.        :
-------------------------------------------------------X

1

```
------------------------------------X
NANAE MITSUMOTO, et al.,            :
                                    :
            Plaintiffs,             :
                                    :
                                    :
    - against -                     :       07–CV–935 (SAS)
                                    :
                                    :
ROBERT BOSCH                        :
CORPORATION, et al.,                :
                                    :
            Defendants.             :
------------------------------------X
------------------------------------X
JOOP H. STADMAN, et al.,            :
                                    :
            Plaintiffs,             :
                                    :
                                    :
    - against -                     :       07–CV–3881 (SAS)
                                    :
                                    :
AUSTRIAN NATIONAL TOURIST           :
OFFICE INC., et al.,                :
                                    :
            Defendants.             :
------------------------------------X
------------------------------------X
RASTKO and DRAGICA FERK, et al.,    :
                                    :
            Plaintiffs,             :
                                    :
                                    :
    - against -                     :       07–CV–4104 (SAS)
                                    :
                                    :
OMNIGLOW CORPORATION, et al.,       :
                                    :
            Defendants.             :
------------------------------------X
```

SHIRA A. SCHEINDLIN, U.S.D.J.:

By Order dated December 26, 2007 (the "December 26 Order"), this

Court recused itself sua sponte with respect to any future proceedings in the action

2

captioned *Edward D. Fagan, Dr. Bernd Geier, and Dr. Gerhard Podovsovnik v. James F. Lowy, International Law Group, LLC, Robert J. Hantman, and Hantman & Associates*, 07 Civ. 10293, pursuant to 28 U.S.C. § 455(a). Because the Court had previously disqualified Edward D. Fagan from appearing as counsel in the *In re Ski Train Fire in Kaprun Austria on November 11, 2000 ("Ski Train")* cases and sanctioned him for his pattern of unethical conduct,[1] the Court found it appropriate to recuse itself from the suit in which Mr. Fagan himself is a *party*. The December 26 Order, however, takes no action with respect to the *Ski Train* cases, in which Mr. Fagan no longer appears as counsel on behalf of any party. To the extent Mr. Fagan's letter to the Court, dated January 2, 2008, renews his motion to recuse this Court in the *Ski Train* cases, that motion is again denied for all of the reasons previously stated.[2]

Additionally, in violation of section I.B. of the Court's Individual Rules and Procedures, Mr. Fagan has routinely transmitted lengthy correspondence to the Court without obtaining prior approval.[3] Because Mr. Fagan no longer appears before the Court in any action either as a party or as

---

[1]    *See In re Ski Train Fire in Kaprun Austria on November 11, 2000*, Nos. 01 MDL 1428, 03 Civ. 8960, 03 Civ. 8961, 06 Civ. 2811, 07 Civ. 935, 07 Civ. 3881, 07 Civ. 4104, 2007 WL 2398697, at *3 (S.D.N.Y. Aug. 16, 2007).

[2]    *See* 8/28/07 Order. *See also* 12/20/07 Order.

[3]    *See* 10/31/05 Individual Rules and Procedures of Judge Shira A. Scheindlin, § I.B.

3

counsel, he is not to make any further motions or direct any further correspondence to this Court. Mr. Fagan has repeatedly moved to recuse this Court in the *Ski Train* cases. He has also repeatedly moved for reconsideration of this Court's previous Orders in the *Ski Train* cases. Each time, his motions have been denied. Any further motions seeking the same relief will be frivolous. Mr. Fagan's remedy, if any, lies with the Court of Appeals. A violation of this Order may warrant the imposition of sanctions.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:  New York, New York
        January 3, 2008

4

## - Appearances -

Edward D. Fagan, Esq.
Five Penn Plaza, 23rd Floor
New York, NY  10001
(646) 378-2225

James F. Lowy, Esq.
International Law Group, LLC
3907 Henderson Blvd., Ste. 200
Tampa, FL 33629
(813) 282-0384

*For Defendant Bosch Rexroth Corp., Robert Bosch Corp.*:

Neil Rosolinsky, Esq.
Reed Smith LLP
599 Lexington Avenue, 28th Floor
New York, NY 10022
(212) 549-0391

*For Defendant Siemens Transportation Systems, Inc. and as Liaison Counsel for
all Defendants:*

Brant W. Bishop, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000

Ryan M. Morettini, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

Robert W. Littleton, Esq.
Littleton Joyce Ughetta & Park LLP

5

39 Broadway, 34th Floor
New York, NY 10006
(212) 404-5777

*For Defendant Wika Instrument Corp.:*

Eileen T. McCabe, Esq.
Stephen Roberts, Esq.
William Lalor, Esq.
Mendes & Mount LLP
750 Seventh Avenue
New York, NY 10019
(212) 261-8000

*For Defendant Hydac Technology Corp.:*

Nancy Ledy-Gurren, Esq.
Ledy-Gurren, Bass & Siff LLP
475 Park Avenue South
New York, NY 10016
(212) 447-1111

*For Defendants American Cyanamid Inc. and Omniglow Corp.:*

E. Gordon Haesloop, Esq.
Bartlett McDonough, Bastone & Monaghan LLP
300 Old Country Road
Mineola, NY 11501
(516) 877-2900

*For Defendant Exxon Mobil:*

John F. Tully, Esq.
Robert Owen, Esq.
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103
(212) 318-3000

# EXHIBIT   4

'M/ECF Version 3.1.1

https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?923981243787765-L_889_0-1

RELATED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-10293-SAS

Edward D. Fagan, Esq. v. James F. Lowy, Esq. et al
Assigned to: Judge Shira A. Scheindlin
Demand: $5,000,000
Related Case: 1:01-md-01428-SAS-THK
Case in other court: Supreme Court-County of New York, 114562-07
Cause: 28:1442 Notice of Removal

Date Filed: 11/13/2007
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Edward D. Fagan, Esq.**

represented by **Edward Davis Fagan**
Edward D. Fagan, Esq.,
Regus Worldwide Office Centers
Five Penn Plaza
23rd Floor
New York, NY 10001
(646) 378-2225
Fax: (646) 417-5558
Email: faganlawintl@aim.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**V.**

**Defendant**

**James F. Lowy, Esq.**

represented by **Michael Richard Perle**
Michael R. Perle, PC
1265 Paterson Plank Road
Secaucus, NJ 07094
(212) 864-0423
Fax: (201)-617-5500

1/24/08 8:02 AM

SDNY CM/ECF Version 3.1.1                                      https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?923981243787765-L_889_0-1

Email: m.perle@earthlink.net
*ATTORNEY TO BE NOTICED*

**Defendant**
**International Law Group, LLC**                  represented by  **Michael Richard Perle**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**
**Robert Hantman, Esq.**                          represented by  **Robert J Hantman**
                                                                 Hantman & Associates
                                                                 1414 Avenue of the Americas
                                                                 Suite 406
                                                                 New York, NY 10016
                                                                 (212) 684-3933
                                                                 Fax: (212) 684-0920
                                                                 Email: hantmanrj@aol.com
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**
**Hantman & Associates**                          represented by  **Robert J Hantman**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**
**John Does**
*1-5*

**Defendant**
**Jane Does**
*1-5*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2007 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 114562-07. (Filing Fee $ 350.00, Receipt Number 632480).Document filed by James F. Lowy, Esq., International Law Group, LLC, Robert Hantman, Esq., Hantman & Associates.(mbe) (Entered: 11/16/2007) |

SDNY CM/ECF Version 3.1.1

https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?923981243787765-L_889_0-1

| | | |
|---|---|---|
| 11/13/2007 | | CASE REFERRED TO Judge Shira A. Scheindlin as possibly related to 1:01MDL1428. (mbe) (Entered: 11/16/2007) |
| 11/13/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by James F. Lowy, Esq., International Law Group, LLC, Robert Hantman, Esq., Hantman & Associates.(mbe) (Entered: 11/16/2007) |
| 11/26/2007 | 3 | NOTICE OF APPEARANCE by Edward Davis Fagan on behalf of Edward D. Fagan, Esq. (Fagan, Edward) (Entered: 11/26/2007) |
| 11/29/2007 | | CASE ACCEPTED AS RELATED. Create association to 1:01-md-01428-SAS-THK. Notice of Assignment to follow. (laq) (Entered: 12/05/2007) |
| 11/29/2007 | 4 | NOTICE OF CASE ASSIGNMENT to Judge Shira A. Scheindlin. Judge Unassigned is no longer assigned to the case. (laq) (Entered: 12/05/2007) |
| 11/29/2007 | | Magistrate Judge Theodore H. Katz is so designated. (laq) (Entered: 12/05/2007) |
| 12/05/2007 | | Mailed notice to the attorney(s) of record. (laq) (Entered: 12/05/2007) |
| 12/13/2007 | 5 | MOTION for Extension of Time *and Motion to Seal and for Other Relief.* Document filed by Edward D. Fagan, Esq..(Fagan, Edward) (Entered: 12/13/2007) |
| 12/13/2007 | 6 | NOTICE of Exhibits to Motion to Seal and For Other Relief re: 5 MOTION for Extension of Time *and Motion to Seal and for Other Relief..* Document filed by Edward D. Fagan, Esq.. (Attachments: # 1 Exhibit 2 to Motion, # 2 Exhibit 3 to Motion)(Fagan, Edward) (Entered: 12/13/2007) |
| 12/28/2007 | 7 | ORDER that I hereby recuse myself sua sponte with respect to any future proceedings in this action pursuant to 28 USC 455(a). A stay of all proceedings is ordered pending reassignment of this matter. The Clerk of the Court is directed to reassign this action, and to refer all further proceedings to the Judge to whom this action shall be reassigned. (Signed by Judge Shira A. Scheindlin on 12/26/07) (dle) (Entered: 01/02/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/24/2008 08:02:44 | | |
| PACER Login: | ef0762 | Client Code: |
| Description: | Docket Report | Search Criteria: | 1:07-cv-10293-SAS |

1/24/08 8:02 AM

SDNY CM/ECF Version 3.1.1

| Billable Pages: | 2 | Cost: | 0.16 |
|---|---|---|---|