UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

| | | |
|---|---|---|
| IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA ON NOVEMBER 11, 2000 | : : | MDL # 1428 (SAS) (pending in Southern District of New York) |

------------------------------------------------------------------X

This document relates to the following cases:

------------------------------------------------------------------X

| | | | |
|---|---|---|---|
| BLAIMAUER , et al, | Plaintiffs, | : : | |
| - and - | | : : | Civil Action # 03–CV–8960 (SAS) |
| OMNIGLOW CORPORATION, et al | | : | |
| | Defendants. | : | |

------------------------------------------------------------------X
------------------------------------------------------------------X

| | | | |
|---|---|---|---|
| GEIER , et al, | Plaintiffs, | : | |
| - and - | | : : | Civil Action # 03–CV–8961 (SAS) |
| OMNIGLOW CORPORATION, et al | | : | |
| | Defendants. | : | |

------------------------------------------------------------------X
------------------------------------------------------------------X

| | | | |
|---|---|---|---|
| MITSUMOTO, et al, | Plaintiffs, | : : | |
| - and - | | : : | Civil Action # 06–CV–2811   (SAS), |
| REPUBLIC OF AUSTRIA, et al | | : | |
| | Defendants. | : | |

------------------------------------------------------------------X
------------------------------------------------------------------X

| | | | |
|---|---|---|---|
| MITSUMOTO, et al, | Plaintiffs, | : : | |
| - and - | | : : | Civil Action # 07–CV–0935 (SAS) |
| ROBERT BOSCH CORP., et al | | : | |
| | Defendants. | : | |

------------------------------------------------------------------X
------------------------------------------------------------------X

| | | | |
|---|---|---|---|
| STADMAN, et al, | Plaintiffs, | : : | |
| - and - | | : : | Civil Action # 07–CV–3881 (SAS) |
| AUSTRIAN NATIONAL TOURIST OFFICE, et al | | : | : |
| | Defendants. | : | |

------------------------------------------------------------------X

1

```
-------------------------------------------------------------------X
FERK , et al,                    Plaintiffs,    :
                                                :
       - and -                                  :    Civil Action #
                                                :    07–CV–4104 (SAS)
OMNIGLOW CORPORATION, et al                     :
                                 Defendants.    :
-------------------------------------------------------------- X
```

================================================================

### NOTICE OF APPEARANCE

================================================================

**COMES NOW**, JAMES F. LOWY, ESQ. of INTERNATIONAL LAW GROUP, LLC, and notices his appearance on behalf of Plaintiffs, Kaprun Ski Train Fire accident survivors Hermann Geier, Birgit Goetz, Erwin Goetz, Manfred Hiltel, Markus Hiltel, Thomas Kraus, Maria Mayerhofer-Karg, Roland Mayerhofer, and Agnes Wolf, and Plaintiff accident survivors Birgit Goetz, Maria Mayerhofer-Karg and Roland Mayerhofer on behalf of the estate of decedent Kurt Mayerhofer, and Plaintiff survivor Joop Stadman on behalf of the estate of decedent Barry Stadman.

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record were notified via CM-ECF on this the 30th day of June, 2008.

RESPECTFULLY SUBMITTED:

/s/ James F. Lowy
James F. Lowy, Esq.
Admitted *Pro Hac Vice*
Counsel For Geier Plaintiffs
INTERNATIONAL LAW GROUP, LLC
3907 Henderson Blvd. #200
Tampa, FL 33629-5761
Fax 813 282-0384
Email: jameslowy@gmail.com, or;
jameslowy@floridalawgroup.com