UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

| | | |
|---|---|---|
| In Re: Ski Train Fire in Kaprun Austria On November 11, 2000 | : | 01-md-1428 (SAS) |

------------------------------------------------X

This document relates to the following actions:
------------------------------------------------X

| | | |
|---|---|---|
| Blaimauer et al          Plaintiffs, | : | |
| - v - | : | 03-cv-8960 (SAS) |
| Omniglow et al           Defendants | : | |

------------------------------------------------X
------------------------------------------------X

| | | |
|---|---|---|
| Geier et al              Plaintiffs, | : | |
| - v - | : | 03-cv-8961 (SAS) |
| Omniglow et al           Defendants | : | |

------------------------------------------------X
------------------------------------------------X

| | | |
|---|---|---|
| Mitsumoto et al          Plaintiffs, | : | |
| - v - | : | 06-cv-2811 (SAS) |
| The Republic of Austria et al,  Defendants | : | |

------------------------------------------------X
------------------------------------------------X

| | | |
|---|---|---|
| Mitsumoto et al          Plaintiffs, | : | |
| - v - | : | 07-cv-935 (SAS) |
| Robert Bosch Corporation et al  Defendants | : | |

------------------------------------------------X
------------------------------------------------X

| | | |
|---|---|---|
| Stadman et al            Plaintiffs, | : | |
| - v - | : | 07-cv-3881 (SAS) |
| Austrian National Tourist Office Inc, et al  Defendants | : | |

------------------------------------------------X
------------------------------------------------X

| | | |
|---|---|---|
| Ferk et al               Plaintiffs, | : | |
| - v - | : | 07-cv-4104 (SAS) |
| Omniglow Corporation et al  Defendants | : | |

------------------------------------------------X

**NOTICE OF APPEAL**

Notice is hereby given that all Edward D. Fagan, hereby appeals to the United States Court of Appeals for the 2nd Circuit from the June 10, 2008 Order of the Hon. Shira A. Scheindlin USDJ, entered by the Clerk of the Court on June 16, 2008 *(See composite Exhibit 1)*.[1]

Dated: July 15, 2008

*[signature]*

Edward D. Fagan Esq.
5 Penn Plaza, 23rd Floor
New York, NY 10001
Tel (646) 378-2225
Email: faganlaw.kaprun@gmail.com

---

[1] I note from the Court's Docket entries that the Notice of Right to Appeal letters do not appear to have been sent directly to those parties and/or their legal representatives who previously notified the Court in on October 16, 2007 (as per the Court's August 16, 2007 Order) of their intention to proceed with the cases in the District Court even on a *Pro Se* basis. As such those parties and/or their legal representatives may not have proper notice of the June 10, 2008 Order (entered on June 16, 2008) and/or proper notice of their right to appeal and/or right to move for reconsideration of the Order. It may be that those parties will wish to join this appeal and/or file other applications with this Court or with the Court of Appeals.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused the within Notice of Appeal to be filed with the Clerk of the Court and a courtesy hard copy is being served upon all counsel of record in this case as per the attached, as well as the parties and/or their legal representatives who on or about October 16, 2007 previously notified the District Court of his/her/their intentions to individually continue their claims in the District Court.

A courtesy copy of the papers is being forwarded to the Hon. Shira A. Scheindlin USDJ.

Additional courtesy copies are being electronically, faxed and/or served and to counsel of record.

Dated: July 15, 2008                    /s/ Edward D. Fagan (electronically signed)
       New York, NY

## **Defendants' Counsel of Record in All Cases**

Counsel for Defendant Bosch Rexroth AG
Arthur Liederman Esq. - Morrison Mahoney
17 State Street, Suite 1110, New York, NY 10004
Tel: (212) 428-2480 / Fax: (212) 825-1313
Email: aliederman@morrisonmahoney.com

------------------------

Counsel for Defendant Bosch Rexroth Corporation
Arnd von Waldow Esq. - Reed Smith
435 Sixth Avenue, Pittsburgh, PA 15219
Tel: (412) 288-1313 / Fax: (412) 288-3063
Email: avonwaldow@reedsmith.com

------------------------

Counsel for Defendants Siemens
Brant Bishop Esq. - Kirkland & Ellis
655 Fifteenth Street N.W., Suite 1200
Washington, DC 20005
Tel: (202) 879-5299 / Fax: (202) 879-5200
Email: bbishop@kirkland.com

------------------------

Counsel for Defendants Omniglow & Cyalume
E. Gordon Haesloop Esq. - Bartlett McDonough, Bastone and Monaghan
300 Old Country Road, Mineola, NY 11501
Tel: (516) 877-2900 / Fax: (516) 877-0732
Email: egordon.haesloop@bmbmlaw.com

------------------------

Counsel for Defendant GBK
Robert A. Weiner Esq. - McDermott Will & Emory
340 Madison Ave, New York, NY 10173
Tel: (212) 547-5408 / Fax: (212) 547-5444
Email: rwe@mwe.com

------------------------

Counsel for Verbund
Charles Moerdler Esq. – Stroock, Stroock & Lavan
180 Maiden Lane, New York, NY 10013
Tel (212) 806-5400 / Fax (212) 806-6006
Email: cmoerdler@stroock.com

------------------------

Counsel for WIKA Instruments
Eileen McCabe Esq. - Mendes & Mount
750 Seventh Avenue, New York, NY
Tel: (212) 261-8000 / Fax: (212) 261-8750
Email: Eileen.mccabe@mendes.com

----------------------

Counsel for Defendants HYDAC
Nancy Ledy-Gurren Esq. - Ledy-Gurren, Bass & Siff
475 Park Avenue South, New York, NY
Tel: (212) 447-1105 / Fax: (212) 447-6686
Email: nledygurren@lgb-law.com

----------------------

Counsel for Defendants Exxon
John Sullivan Esq. - Fulbright & Jaworski
1301 McKinney Avenue, Fulbright Tower
Houston, TX 77010
Tel: (713) 651-5637 / Fax: (713) 651-5246
Email: jsullivan@fulbright.com

---

### Notice to Plaintiffs' Counsel of Record and/or Legal Representatives

James F. Lowy Esq. - International Law Group LLC & Florida Law Group LLC
3907 Henderson Blvd. # 200 , Tampa, FL 33629-5761
Tel # (813) 288-8525 / Fax # (813) 288-0324
Email: jameslowy@gmail.com and jameslowy@floridalawgroup.com

----------------------

Dr. Herwig Hasslacher
Hauptplatz 25, 9500 Villach, AUSTRIA
Tel: 011 43 664 243 04 05 - Email address: kanzlei@hh-law.at

----------------------

Dr. Toichiro Kigawa - Ochanomizu Law and Patent Office
Ochanomizu Church Bldg. 4F, 2-5 Kandasurugadai, Chiyoda-ku, Tokyo, 101-0062, JAPAN
Tel. 011-81-3-3291-6651 - Email: office@kigawa.org

----------------------

Dr. Ulrich Schwab
Ringstraße 3, 4600 Wels, AUSTRIA
Tel. 011 43 7242 46297 - Email Address: aon.912064063@aon.at

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
IN RE: SKI TRAIN FIRE IN KAPRUN    :
AUSTRIA ON NOVEMBER 11, 2000       :         MDL # 1428 (SAS)
------------------------------------------------------X
This document relates to the following actions:
------------------------------------------------------X
JOHANN BLAIMAUER, et al.,          :         ORDER
                                   :
            Plaintiffs,            :
                                   :
    - against -                    :
                                   :         03–CV–8960 (SAS)
OMNIGLOW CORPORATION, et al.,      :
                                   :
            Defendants.            :
------------------------------------------------------X
------------------------------------------------------X
HERMAN GEIER, et al.,              :
                                   :
            Plaintiffs,            :
                                   :
    - against -                    :
                                   :         03–CV–8961 (SAS)
OMNIGLOW CORPORATION, et al.,      :
                                   :
            Defendants.            :
------------------------------------------------------X
------------------------------------------------------X
NANAE MITSUMOTO, et al.,           :
                                   :
            Plaintiffs,            :
                                   :
    - against -                    :         06–CV–2811 (SAS)
                                   :
THE REPUBLIC OF AUSTRIA, et al.,   :
                                   :
            Defendants.            :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

1

Exhibit 1

```
----------------------------------------X
NANAE MITSUMOTO, et al.,                :
                                        :
                    Plaintiffs,         :
                                        :
    - against -                         :         07–CV–935 (SAS)
                                        :
ROBERT BOSCH                            :
CORPORATION, et al.,                    :
                                        :
                    Defendants.         :
----------------------------------------X
----------------------------------------X
JOOP H. STADMAN, et al.,                :
                                        :
                    Plaintiffs,         :
                                        :
    - against -                         :         07–CV–3881 (SAS)
                                        :
AUSTRIAN NATIONAL TOURIST               :
OFFICE INC., et al.,                    :
                                        :
                    Defendants.         :
----------------------------------------X
----------------------------------------X
RASTKO and DRAGICA FERK, et al.,        :
                                        :
                    Plaintiffs,         :
                                        :
    - against -                         :         07–CV–4104 (SAS)
                                        :
OMNIGLOW CORPORATION, et al.,           :
                                        :
                    Defendants.         :
----------------------------------------X
```

SHIRA A. SCHEINDLIN, U.S.D.J.:

By Opinion and Order dated June 19, 2007 (the "June 19 Order"), this Court dismissed five of the six above-captioned actions on the ground of forum

2

non conveniens. The Clerk of the Court entered judgment on July 9, 2007 dismissing and closing those cases, which bear civil action numbers 03 Civ. 8960, 03 Civ. 8961, 06 Civ. 2811, 07 Civ. 0935, and 07 Civ. 3881.[1] On July 31, 2007, plaintiffs in these actions moved for reconsideration and other relief pursuant to Local Rule 6.3 and Fed. R. Civ. P. 60(b).

By Opinion and Order dated August 16, 2007 (the "August 16 Order"), this Court disqualified Edward D. Fagan from further participation on behalf of plaintiffs in all of the above-captioned cases. Because plaintiffs did not retain counsel within thirty days or notify the Court of their intention to proceed pro se within sixty days of the August 16 Order, the pending motions for reconsideration were deemed moot and withdrawn.[2] Although the August 16 Order directed the Clerk of the Court, once again, to enter judgment dismissing the actions should plaintiffs fail to comply, no subsequent judgment was entered. The Clerk of the Court is hereby directed to enter a final judgment dismissing these actions pursuant to the August 16 Order.

---

[1] The case captioned *Ferk, et al. v. Omniglow Corp., et al.* ("*Ferk*"), bearing civil docket number 07 Civ. 4104, was accepted by this Court as related to 03 Civ. 8960 on June 11, 2007 but was not dismissed by the June 19 Order. However, Fagan was disqualified from serving as counsel in *Ferk* (in addition to the cases dismissed by the June 16 Order) pursuant to the August 16 Order. For the reasons set forth in the June 19 Order, the Clerk of the Court is directed to enter judgment and close the *Ferk* action.

[2] *See* 10/18/07 Order.

3

By letter dated June 5, 2008, disqualified counsel Edward D. Fagan requested that the Court enter the August 16 Order as a final judgment pursuant to Fed. R. Civ. P. 54(b). That request is denied. However, Mr. Fagan may bring to the attention of the Court of Appeals that a final judgment has now been entered in all of the above-captioned cases.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
       June 10, 2008

4

- **Appearances** -

Edward D. Fagan, Esq.
Five Penn Plaza, 23rd Floor
New York, NY 10001
(646) 378-2225

*For Defendant Bosch Rexroth Corp., Robert Bosch Corp.:*

Neil Rosolinsky, Esq.
Reed Smith LLP
599 Lexington Avenue, 28th Floor
New York, NY 10022
(212) 549-0391

*For Defendant Siemens Transportation Systems, Inc. and as Liaison Counsel for all Defendants:*

Brant W. Bishop, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000

Ryan M. Morettini, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

Robert W. Littleton, Esq.
Littleton Joyce Ughetta & Park LLP
39 Broadway, 34th Floor
New York, NY 10006
(212) 404-5777

*For Defendant Wika Instrument Corp.:*

5

Eileen T. McCabe, Esq.
Stephen Roberts, Esq.
William Lalor, Esq.
Mendes & Mount LLP
750 Seventh Avenue
New York, NY 10019
(212) 261-8000

*For Defendant Hydac Technology Corp.:*

Nancy Ledy-Gurren, Esq.
Ledy-Gurren, Bass & Siff LLP
475 Park Avenue South
New York, NY 10016
(212) 447-1111

*For Defendants American Cyanamid Inc. and Omniglow Corp.:*

E. Gordon Haesloop, Esq.
Bartlett McDonough, Bastone & Monaghan LLP
300 Old Country Road
Mineola, NY 11501
(516) 877-2900

*For Defendant Exxon Mobil:*

John F. Tully, Esq.
Robert Owen, Esq.
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103
(212) 318-3000