UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA      : MDL # 1428 (SAS)
ON NOVEMBER 11, 2000                         : (pending in Southern
----------------------------------------------------------------X District of New York)
This document relates to the following cases:
----------------------------------------------------------------X
BLAIMAUER, et al,                 Plaintiffs,  :
                                               :
        - and -                                :     Civil Action #
                                               :     03–CV–8960 (SAS)
OMNIGLOW CORPORATION, et al                    :
                                  Defendants.  :
-------------------------------------------------- X
----------------------------------------------------------------X
GEIER, et al,                     Plaintiffs,  :
        - and -                                :     Civil Action #
                                               :     03–CV–8961 (SAS)
OMNIGLOW CORPORATION, et al                    :
                                  Defendants.  :
-------------------------------------------------- X
----------------------------------------------------------------X
MITSUMOTO, et al,                 Plaintiffs,  :
                                               :
        - and -                                :     Civil Action #
                                               :     06–CV–2811 (SAS),
REPUBLIC OF AUSTRIA, et al                     :
                                  Defendants.  :
-------------------------------------------------- X
----------------------------------------------------------------X
MITSUMOTO, et al,                 Plaintiffs,  :
        - and -                                :     Civil Action #
                                               :     07–CV–0935 (SAS)
ROBERT BOSCH CORP., et al                      :
                                  Defendants.  :
-------------------------------------------------- X
----------------------------------------------------------------X
STADMAN, et al,                   Plaintiffs,  :
                                               :
        - and -                                :     Civil Action #
                                               :     07–CV–3881 (SAS)
AUSTRIAN NATIONAL TOURIST OFFICE, et al        :
                                  Defendants.  :
-------------------------------------------------- X

```
-----------------------------------------------------------------X
FERK , et al,                          Plaintiffs,    :
                                                      :
    - and -                                           :    Civil Action #
                                                      :    07–CV–4104 (SAS)
OMNIGLOW CORPORATION, et al                           :
                                       Defendants.    :
------------------------------------------------------------------ X
```

===========================================================

## NOTICE OF APPEARANCE

===========================================================

     I, Robert J. Pearl, a member of the bar of this Court, hereby enter a Notice of Appearance in the foregoing matter, on behalf of attorneys James F. Lowy, Esq., individually and on behalf of James F. Lowy Esq. P.A., and International Law Group, LLC, and Robert J. Hantman, individually and on behalf of Hantman & Associates, in connection with an application pursuant to New York Judiciary Law Section 475 to fix and determine an attorneys charging lien for legal fees and expenses.

Dated: July 16, 2008

                                       /s/ electronically signed  
                                       Robert J. Pearl  
                                       Pearl, Malarney, Smith, P.C.  
                                       141 Sully's Trail  
                                       Suite 1  
                                       Pittsford, New York 14534  
                                       Tel (585) 381-3820  
                                       Fax (585) 381-3886  
                                       robert@investorattorneys.com  
                                       Southern District#:  RP 6302

                                       Service to all counsel of record via CM-ECF