UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA        :    MDL # 1428 (SAS)
    ON NOVEMBER 11, 2000                                  :    (pending in Southern
-----------------------------------------------------------X    District of New York)
This document relates to the following cases:
-----------------------------------------------------------X
BLAIMAUER, et al,                     Plaintiffs,    :
                                                                 :
    - and -                                                          :    Civil Action #
                                                                  :    03–CV–8960 (SAS)
OMNIGLOW CORPORATION, et al                   :
                                  Defendants.    :
-----------------------------------------------------------X
-----------------------------------------------------------X
GEIER, et al,                              Plaintiffs,    :
    - and -                                                          :    Civil Action #
                                                            :    03–CV–8961 (SAS)
OMNIGLOW CORPORATION, et al                   :
                                  Defendants.    :
-----------------------------------------------------------X
-----------------------------------------------------------X
MITSUMOTO, et al,                     Plaintiffs,    :
    - and -                                                          :    Civil Action #
                                                            :    06–CV–2811 (SAS),
REPUBLIC OF AUSTRIA, et al                        :
                                  Defendants.    :
-----------------------------------------------------------X
-----------------------------------------------------------X
MITSUMOTO, et al,                     Plaintiffs,    :
    - and -                                                          :    Civil Action #
                                                            :    07–CV–0935 (SAS)
ROBERT BOSCH CORP., et al                         :
                                  Defendants.    :
-----------------------------------------------------------X
-----------------------------------------------------------X
STADMAN, et al,                        Plaintiffs,    :
    - and -                                                          :    Civil Action #
                                                            :    07–CV–3881 (SAS)
AUSTRIAN NATIONAL TOURIST OFFICE, et al    :
                                  Defendants.    :
-----------------------------------------------------------X

```
-----------------------------------------------------------X
FERK , et al,                          Plaintiffs,    :
                                                      :
         - and -                                      :      Civil Action #
                                                      :      07–CV–4104 (SAS)
OMNIGLOW CORPORATION, et al                           :
                                       Defendants.    :
------------------------------------------------------- X
```

## MOTION TO FIX AND ENFORCE AN ATTORNEYS CHARGING LIEN PURSUANT TO NEW YORK JUDICIARY LAW §475

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Robert J. Pearl dated July 16, 2008, James F. Lowy, Esq., individually and on behalf of James F. Lowy Esq. P.A., and International Law Group, LLC, and Robert J. Hantman, individually and on behalf of Hantman & Associates, will move this Honorable Court, on a date as set by the Court, as soon as counsel can be heard, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, before the Honorable Shira A. Scheindlin, USDJ, for an Order New York Judiciary Law §475 fixing an attorneys' charging lien for attorneys fees and expenses in an amount to be determined by the Court upon further submissions, together with such other and further relief as is just and equitable.

**PLEASE TAKE FURTHER NOTICE** that Defendants shall serve their opposition, if any, in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District and/or at such other date as may be set by the Court.

DATED: July 16, 2008

Respectfully Submitted:

_____/s/_____

Robert Pearl
Pearl Malarney Smith, PC
141 Sully's Trail
Pittsford, New York 14534
Tel. 585-381-3820
Fax 585-381-3886
robert@investorattorneys.com
Southern District#:  RP 6302