UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA   :   MDL # 1428 (SAS)
    ON NOVEMBER 11, 2000                                :   (pending in Southern
-------------------------------------------------------------X   District of New York)
This document relates to the following cases:
-------------------------------------------------------------X

| BLAIMAUER, et al, | Plaintiffs, | : | |
|---|---|---|---|
| | | : | |
| - and - | | : | Civil Action # |
| | | : | 03–CV–8960 (SAS) |
| OMNIGLOW CORPORATION, et al | | : | |
| | Defendants. | : | |

-------------------------------------------------------------X
-------------------------------------------------------------X

| GEIER, et al, | Plaintiffs, | : | |
|---|---|---|---|
| - and - | | : | Civil Action # |
| | | : | 03–CV–8961 (SAS) |
| OMNIGLOW CORPORATION, et al | | : | |
| | Defendants. | : | |

-------------------------------------------------------------X
-------------------------------------------------------------X

| MITSUMOTO, et al, | Plaintiffs, | : | |
|---|---|---|---|
| | | : | |
| - and - | | : | Civil Action # |
| | | : | 06–CV–2811 (SAS), |
| REPUBLIC OF AUSTRIA, et al | | : | |
| | Defendants. | : | |

-------------------------------------------------------------X
-------------------------------------------------------------X

| MITSUMOTO, et al, | Plaintiffs, | : | |
|---|---|---|---|
| - and - | | : | Civil Action # |
| | | : | 07–CV–0935 (SAS) |
| ROBERT BOSCH CORP., et al | | : | |
| | Defendants. | : | |

-------------------------------------------------------------X
-------------------------------------------------------------X

| STADMAN, et al, | Plaintiffs, | : | |
|---|---|---|---|
| | | : | |
| - and - | | : | Civil Action # |
| | | : | 07–CV–3881 (SAS) |
| AUSTRIAN NATIONAL TOURIST OFFICE, et al | | : | |
| | Defendants. | : | |

-------------------------------------------------------------X

```
-----------------------------------------------------------------X
FERK , et al,                          Plaintiffs,  :
                                                    :
    - and -                                         :      Civil Action #
                                                    :      07–CV–4104 (SAS)
OMNIGLOW CORPORATION, et al                         :
                                       Defendants.  :
-----------------------------------------------------------------X
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused the foregoing **MOTION PURSUANT TO NEW YORK JUDICIARY LAW SECTION 475, DECLARATION OF ROBERT J. PEARL** with exhibits and MEMORANDUM OF LAW to be electronically filed with the Clerk of the Court and served electronically upon counsel of record.

Dated: July 16, 2008                    /s/ Robert J. Pearl (electronically signed)