UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ————————————————X | | |
| IN Re: Ski Train Fire in Kaprun | : | 01-md-1428 (SAS) |
| Austria On November 11, 2000 | : | |
| ————————————————X | | |
| This document relates to the following actions: | | |
| ————————————————X | | |
| Blaimauer et al          Plaintiffs, | : | |
| - v- | : | 03-cv-8960 (SAS) |
| Omniglow et al | : | |
| Defendants | : | |
| ————————————————X | | |
| ————————————————X | | |
| Geier et al          Plaintiffs, | : | |
| - v- | : | 03-cv-8961 (SAS) |
| Omniglow et al, | : | |
| Defendants | : | |
| ————————————————X | | |
| ————————————————X | | |
| Mitsumoto et al          Plaintiffs, | : | |
| - v - | : | 06-cv-2811 (SAS) |
| The Republic of Austria et al, | : | |
| Defendant | : | |
| ————————————————X | | |
| ————————————————X | | |
| Mitsumoto et al          Plaintiffs, | : | |
| - v- | : | 07-cv-935 (SAS) |
| Robert Bosch Corporation et al, | : | |
| Defendants | : | |
| ————————————————X | | |
| ————————————————X | | |
| Stadman et al          Plaintiffs, | : | |
| - v - | : | 07-cv-3881 (SAS) |
| Austrian National Corporation et al, | : | |
| Defendants | : | |
| ————————————————X | | |
| ————————————————X | | |
| Ferk et al          Plaintiffs, | : | |
| - v - | : | 07-cv-4104 (SAS) |
| Omniglow Corporation et al, | : | |
| Defendants | : | |
| ————————————————X | | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs, Hermann Geier, Birgit Goetz, Irwin Goetz, Manfred Hiltel, Markus Hiltel, Thomas Kraus, Maria Mayerhofer-Karg, Roland Mayerhofer, Agnes Wolf, and Joop Stadman, by and through their undersigned counsel, hereby appeal to the United States Court of Appeals for the 2nd Circuit from the June 10, 2008 Order of the Honorable Shira A. Scheindlin USDJ, entered by the Clerk of the Court on June 16, 2008 (see composite Exhibit 1).

Respectfully Submitted,
International Law Group, LLC

JAMES F. LOWY, ESQUIRE
Florida Bar No: 0081434
ADMITTED PRO HAC VICE
3907 Henderson Blvd. Ste. 200
Tampa, Florida 33629
Phone: (813) 288-9525
Facsimile: (813) 282-0384

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused the within Notice of Appeal to be filed with the Clerk of the Court and a courtesy hard copy is being served upon all counsel of record in this case as per the attached.

A courtesy copy of the papers is being forwarded to the Honorable Shira A. Scheindlin USDJ.

Additional courtesy copies are being electronically, faxed and/or served and to counsel of record.

Dated: July 16, 2008.

_____
James F. Lowy, Esquire

## Defendants' Counsel of Record in All Cases

Counsel for Defendant Bosch Rexroth AG
Arthur Liederman Esq. - Morrison Mahoney
17 State Street, Suite 1110, New York, NY 10004
Tel:  (212) 428-2480 /Fax: (212) 825-1313
Email: aliederman@morrisonmahoney.com

Counsel for Defendant Bosch Rexroth Corporation
Arnd von Waldow Esq. - Reed Smith
435 Sixth Avenue, Pittsburgh, PA 15219
Tel:  (412) 288-1313 / Fax: (412) 288-3063
Email: avonwaldow@reedsmith.com

Counsel for Defendants Siemens
Brant Bishop Esq. - Kirkland & Ellis
655 Fifteenth Street N.W., Suite 1200
Washington, DC 20005
Tel:  (202) 879-5299 / Fax: (202) 879-5200
Email: bbishop@kirkland.com

Counsel for Defendants Omniglow & Cyalume
E. Gordon Haesloop Esq. - Bartlett McDonough, Bastone and Monaghan
300 Old Country Road, Mineola, NY 11501
Tel:(516) 877-2900 / Fax: (516) 877-0732
Email: egordon.haesloop@bmbmlaw.com

Counsel for Defendant GBK
Robert A. Weiner Esq. - McDermott Will & Emory
340 Madison Aye, New York, NY 10173
Tel:(212) 547-5408 / Fax: (212) 547-5444
Email: rwe@mwe.com

Counsel for Verbund and Republic of Austria
Charles Moerdler Esq. - Stroock, Stroock & Lavan
180 Maiden Lane, New York, NY 10013
Tel (212) 806-5400 / Fax (212) 806-6006
Email: cmoerdler@stroock.com

Counsel for WIKA Instruments
Eileen McCabe Esq. - Mendes & Mount
750 Seventh Avenue, New York, NY
Tel: (212 )261-8000/Fax: (212) 261-8750
Email: Eileen.mccabe@mendes.com

4

Counsel for Defendants HYDAC
Nancy Ledy-Gurren Esq. - Ledy-Gurren, Bass & Siff
475 Park Avenue South, New York, NY
Tel: (212) 447-1105 / Fax: (212) 447-6686
Email: nledygurren@lgb-law.com

Counsel for Defendants Exxon
John Sullivan Esq. - Fulbright & Jaworski
1301 McKinney Avenue, Fulbright Tower
Houston, TX 77010
Tel: (713) 651-5637 / Fax: (713) 651-5246
Email: jsullivan@fulbright.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA
ON NOVEMBER 11, 2000

**01 MDL** 1428 (SAS)

---------------------------------------------------------------X
This document relates to the following actions:
---------------------------------------------------------------X
JOHANN BLAIMAUER, et al.,

**SCANNED**

                          Plaintiffs,          **03 CIVIL** 8960 (SAS)

        -against-                              **JUDGMENT**

OMNIGLOW CORPORATION, et al.,
                          Defendants.
-----------------------------------------------------------X
-----------------------------------------------------------X
HERMAN GEIER, et al.,

                          Plaintiffs,          **03 CIVIL** 8961 (SAS)

        -against-

OMNIGLOW CORPORATION, et al.,
                          Defendants.
-----------------------------------------------------------X
-----------------------------------------------------------X
NANAE MITSUMOTO, et al.,

                          Plaintiffs,          **06 CIVIL** 2811 (SAS)

        -against-

THE REPUBLIC OF AUSTRIA, et al.,
                          Defendants.
-----------------------------------------------------------X
-----------------------------------------------------------X
NANAE MITSUMOTO, et al.,

                          Plaintiffs,          **07 CIVIL** 0935 (SAS)

        -against-

ROBERT BOSCH CORPORATION, et al.,
                          Defendants.
-----------------------------------------------------------X

U. S. DISTRICT COURT
FILED
JUN 1 6 2008
S. D. OF N.Y.

"Composite exhibit 1"

```
------------------------------------------------------------X
```
JOOP H. STADMAN, et al.,

                      Plaintiffs,                      **07 CIVIL** 3881 (SAS)

       -against-

AUSTRIAN NATIONAL TOURIST OFFICE INC., et al.,

                      Defendants.
```
------------------------------------------------------------X
------------------------------------------------------------X
```
RASTKO and DRAGICA FERK, et al.,

                      Plaintiffs,                      **07 CIVIL** 4104 (SAS)

       -against-

OMNIGLOW CORPORATION, et al.,

                      Defendants.
```
------------------------------------------------------------X
```

Whereas by Opinion and Order dated August 16, 2007, this Court having disqualified Edward D. Fagan from further participation on behalf of plaintiffs in all of the above-captioned actions; because plaintiffs did not retain counsel within thirty days or notify the Court of their intention to proceed pro se within sixty days of the August 16 Order, the Court having deemed the pending motions for reconsideration moot and withdrawn, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on June 10, 2008, having rendered its Opinion and Order directing the Clerk of the Court to dismiss these actions pursuant to the August 16 Order, [Nos. 03 civ. 8960; 03 Civ. 8961; 06 Civ. 2811; 07 Civ. 0935; 07 Civ.3881; and 07 Civ. 4104], it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 10, 2008, these actions are dismissed pursuant to the August 16 Order, [Nos. 03 civ. 8960; 03 Civ. 8961; 06 Civ. 2811; 07 Civ. 0935; 07 Civ.3881; and 07 Civ.



4104]; the Court also denies disqualified counsel Edward D. Fagan request that the Court enter the

August 16 Order as a final judgment pursuant to Fed. R. Civ. P. 54(b).

**Dated:** New York, New York
June 16, 2008

J. MICHAEL McMAHON

_____
Clerk of Court

BY: _____

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

" Exhibit 1B "

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------X

IN RE: SKI TRAIN FIRE IN KAPRUN        :
AUSTRIA ON NOVEMBER 11, 2000        :        MDL # 1428 (SAS)
-----------------------------------------------------X

This document relates to the following actions:
-----------------------------------------------------X

JOHANN BLAIMAUER, et al.,        :        <u>ORDER</u>
                                 :
            Plaintiffs,          :
                                 :
      - against -                :
                                 :        03–CV–8960 (SAS)
OMNIGLOW CORPORATION, et al.,    :
                                 :
            Defendants.          :
-----------------------------------------------------X
-----------------------------------------------------X

HERMAN GEIER, et al.,            :
                                 :
            Plaintiffs,          :
                                 :
      - against -                :
                                 :        03–CV–8961 (SAS)
OMNIGLOW CORPORATION, et al.,    :
                                 :
            Defendants.          :
-----------------------------------------------------X
-----------------------------------------------------X

NANAE MITSUMOTO, et al.,         :
                                 :
            Plaintiffs,          :
                                 :
      - against -                :        06–CV–2811 (SAS)
                                 :
THE REPUBLIC OF AUSTRIA, et al., :
                                 :
            Defendants.          :
-----------------------------------------------------X

1

"Exhibit IC"

```
------------------------------------------------X
NANAE MITSUMOTO, et al.,                        :
                                                :
                        Plaintiffs,             :
                                                :
        - against -                             :          07–CV–935 (SAS)
                                                :
ROBERT BOSCH                                    :
CORPORATION, et al.,                            :
                                                :
                        Defendants.             :
------------------------------------------------X
------------------------------------------------X
JOOP H. STADMAN, et al.,                        :
                                                :
                        Plaintiffs,             :
                                                :
        - against -                             :          07–CV–3881 (SAS)
                                                :
AUSTRIAN NATIONAL TOURIST                       :
OFFICE INC., et al.,                            :
                                                :
                        Defendants.             :
------------------------------------------------X
------------------------------------------------X
RASTKO and DRAGICA FERK, et al.,                :
                                                :
                        Plaintiffs,             :
                                                :
        - against -                             :          07–CV–4104 (SAS)
                                                :
OMNIGLOW CORPORATION, et al.,                   :
                                                :
                        Defendants.             :
------------------------------------------------X
```

SHIRA A. SCHEINDLIN, U.S.D.J.:

By Opinion and Order dated June 19, 2007 (the "June 19 Order"), this

Court dismissed five of the six above-captioned actions on the ground of forum

2        " Exhibit 1 D"

non conveniens. The Clerk of the Court entered judgment on July 9, 2007

dismissing and closing those cases, which bear civil action numbers 03 Civ. 8960,

03 Civ. 8961, 06 Civ. 2811, 07 Civ. 0935, and 07 Civ.3881.[1] On July 31, 2007,

plaintiffs in these actions moved for reconsideration and other relief pursuant to

Local Rule 6.3 and Fed. R. Civ. P. 60(b).

By Opinion and Order dated August 16, 2007 (the "August 16

Order"), this Court disqualified Edward D. Fagan from further participation on

behalf of plaintiffs in all of the above-captioned cases. Because plaintiffs did not

retain counsel within thirty days or notify the Court of their intention to proceed

pro se within sixty days of the August 16 Order, the pending motions for

reconsideration were deemed moot and withdrawn.[2] Although the August 16

Order directed the Clerk of the Court, once again, to enter judgment dismissing the

actions should plaintiffs fail to comply, no subsequent judgment was entered. The

Clerk of the Court is hereby directed to enter a final judgment dismissing these

actions pursuant to the August 16 Order.

---

[1]    The case captioned *Ferk, et al. v. Omniglow Corp., et al. ("Ferk")*,
bearing civil docket number 07 Civ. 4104, was accepted by this Court as related to
03 Civ. 8960 on June 11, 2007 but was not dismissed by the June 19 Order.
However, Fagan was disqualified from serving as counsel in *Ferk* (in addition to
the cases dismissed by the June 16 Order) pursuant to the August 16 Order. For
the reasons set forth in the June 19 Order, the Clerk of the Court is directed to
enter judgment and close the *Ferk* action.

[2]    *See* 10/18/07 Order.

3

"Exhibit 1 E"

By letter dated June 5, 2008, disqualified counsel Edward D. Fagan

requested that the Court enter the August 16 Order as a final judgment pursuant to

Fed. R. Civ. P. 54(b). That request is denied. However, Mr. Fagan may bring to

the attention of the Court of Appeals that a final judgment has now been entered in

all of the above-captioned cases.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
       June 10, 2008

4

"Exhibit 1 F"

## - Appearances -

Edward D. Fagan, Esq.
Five Penn Plaza, 23rd Floor
New York, NY 10001
(646) 378-2225

*For Defendant Bosch Rexroth Corp., Robert Bosch Corp.:*

Neil Rosolinsky, Esq.
Reed Smith LLP
599 Lexington Avenue, 28th Floor
New York, NY 10022
(212) 549-0391

*For Defendant Siemens Transportation Systems, Inc. and as Liaison Counsel for
all Defendants:*

Brant W. Bishop, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000

Ryan M. Morettini, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

Robert W. Littleton, Esq.
Littleton Joyce Ughetta & Park LLP
39 Broadway, 34th Floor
New York, NY 10006
(212) 404-5777

*For Defendant Wika Instrument Corp.:*

"Exhibit 16"

Eileen T. McCabe, Esq.
Stephen Roberts, Esq.
William Lalor, Esq.
Mendes & Mount LLP
750 Seventh Avenue
New York, NY 10019
(212) 261-8000

*For Defendant Hydac Technology Corp.:*

Nancy Ledy-Gurren, Esq.
Ledy-Gurren, Bass & Siff LLP
475 Park Avenue South
New York, NY 10016
(212) 447-1111

*For Defendants American Cyanamid Inc. and Omniglow Corp.:*

E. Gordon Haesloop, Esq.
Bartlett McDonough, Bastone & Monaghan LLP
300 Old Country Road
Mineola, NY 11501
(516) 877-2900

*For Defendant Exxon Mobil:*

John F. Tully, Esq.
Robert Owen, Esq.
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103
(212) 318-3000

"Exhibit 1 H"