UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA
ON NOVEMBER 11, 2000

------------------------------------------------------------X

This document relates to the following cases:

------------------------------------------------------------X

BLAIMAUER, et al,             Plaintiffs,

    - and -                                                     Civil Action #
                                                                03–CV–8960 (SAS)
OMNIGLOW CORPORATION, et al   Defendants.

------------------------------------------------------------X
------------------------------------------------------------X

GEIER, et al,                 Plaintiffs,
    - and -                                                     Civil Action #
                                                                03–CV–8961 (SAS)
OMNIGLOW CORPORATION, et al   Defendants.

------------------------------------------------------------X
------------------------------------------------------------X

MITSUMOTO, et al,             Plaintiffs,
    - and -                                                     Civil Action #
                                                                06–CV–2811 (SAS)
REPUBLIC OF AUSTRIA, et al    Defendants.

------------------------------------------------------------X
------------------------------------------------------------X

MITSUMOTO, et al,             Plaintiffs,
    - and -                                                     Civil Action #
                                                                07-CV-935 (SAS)
ROBERT BOSCH CORP., et al     Defendants.

------------------------------------------------------------X
------------------------------------------------------------X

STADMAN, et al,               Plaintiffs,
    - and -                                                     Civil Action #
                                                                07-CV-3881 (SAS)
AUSTRIAN NATIONAL TOURIST OFFICE, et al,
                              Defendants.

------------------------------------------------------------X
------------------------------------------------------------X

FERK, et al,                  Plaintiffs,
    - and -                                                     Civil Action #
                                                                07-CV-4104 (SAS)
OMNIGLOW CORPORATION, et al,
                              Defendants.

------------------------------------------------------------X

==========================================================
**Notice of Motion for Recusal Pursuant to 28 USC § 455 (a) Related to
July 17, 2008 Motion by James Lowy & Robert Hantman for Attorneys' Fees**
==========================================================

1

**PLEASE TAKE NOTICE** that Edward D. Fagan will move this Honorable Court, on a date as set by the Court, as soon as counsel can be heard, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, Courtroom 15 C, before the Honorable Shira A. Scheindlin for the following relief:

a. the Court's *sua sponte* recusal, pursuant to 28 USC § 455 (a), and in accordance with the Court's position that it will not hear or consider matters in which I am involved as an interested party and/or as counsel. *See December 28, 2007 Order entered in case entitled Fagan v. Lowy et al 1:07-cv-10293 (Doc. # 7);*

b. a Stay of The Motions filed by Messrs. Lowy and Hantman, pending the Court's determination of its *sua sponte* recusal pursuant to 28 USC § 455 (a);

c. a Stay of the requirement to file any responsive pleadings, by any interested parties, to The Motions, pending the Court's determination of its *sua sponte* recusal pursuant to 28 USC § 455 (a); and

d. convening a Conference at which time issues can be addressed in open Court.

**PLEASE TAKE FURTHER NOTICE** that in support of this Edward Fagan will rely upon the annexed Declaration and Memorandum of Authorities.

2

**PLEASE TAKE FURTHER NOTICE** that opposition, if any, shall be filed in accordance with the Federal Rules of Civil Procedure, the Local Rules for the Southern District and such other date as may be set by the Court.

Dated: July 23, 2008

Edward D. Fagan Esq.
5 Penn Plaza, 23rd Floor
New York, NY  10001
Tel (646) 378-2225
Email:  faganlaw.kaprun@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused the within Notice of Motion For Miscellaneous Relief to be filed with the Clerk of the Court and a courtesy hard copy is being served upon all counsel of record in this case as per the attached service list.

A courtesy copy of the papers is being forwarded to the Hon. Shira A. Scheindlin USDJ.

Additional courtesy copies are being electronically, faxed and/or served and to counsel of record.

Dated: July 23, 2008          /s/ Edward D. Fagan (electronically signed)
       New York, NY

## Defendants' Counsel of Record in All Cases

Counsel for Defendant Bosch Rexroth AG
Arthur Liederman Esq. - Morrison Mahoney
17 State Street, Suite 1110, New York, NY 10004
Tel: (212) 428-2480 / Fax: (212) 825-1313
Email: aliederman@morrisonmahoney.com

----------------------

Counsel for Defendant Bosch Rexroth Corporation
Arnd von Waldow Esq. - Reed Smith
435 Sixth Avenue, Pittsburgh, PA 15219
Tel: (412) 288-1313 / Fax: (412) 288-3063
Email: avonwaldow@reedsmith.com

------------------------

Counsel for Defendants Siemens
Brant Bishop Esq. - Kirkland & Ellis
655 Fifteenth Street N.W., Suite 1200
Washington, DC 20005
Tel: (202) 879-5299 / Fax: (202) 879-5200
Email: bbishop@kirkland.com

-------------------------

Counsel for Defendants Omniglow & Cyalume
E. Gordon Haesloop Esq. - Bartlett McDonough, Bastone and Monaghan
300 Old Country Road, Mineola, NY 11501
Tel: (516) 877-2900 / Fax: (516) 877-0732
Email: egordon.haesloop@bmbmlaw.com

-----------------------------

Counsel for Defendant GBK
Robert A. Weiner Esq. - McDermott Will & Emory
340 Madison Ave, New York, NY 10173
Tel: (212) 547-5408 / Fax: (212) 547-5444
Email: rwe@mwe.com

----------------------------

Counsel for Verbund
Charles Moerdler Esq. – Stroock, Stroock & Lavan
180 Maiden Lane, New York, NY 10013
Tel (212) 806-5400 / Fax (212) 806-6006
Email: cmoerdler@stroock.com

-----------------------------

Counsel for WIKA Instruments
Eileen McCabe Esq. - Mendes & Mount
750 Seventh Avenue, New York, NY
Tel: (212) 261-8000 / Fax: (212) 261-8750
Email: Eileen.mccabe@mendes.com

----------------------

Counsel for Defendants HYDAC
Nancy Ledy-Gurren Esq. -  Ledy-Gurren, Bass & Siff
475 Park Avenue South, New York, NY
Tel: (212) 447-1105 / Fax: (212) 447-6686
Email: nledygurren@lgb-law.com

----------------------

Counsel for Defendants Exxon
John Sullivan Esq. -  Fulbright & Jaworski
1301 McKinney Avenue, Fulbright Tower
Houston, TX  77010
Tel: (713) 651-5637 / Fax: (713) 651-5246
Email: jsullivan@fulbright.com

---

### Notice to Certain Plaintiffs' Counsel of Record and/or Movants in July 16, 2008 Motion

James F. Lowy Esq. - International Law Group LLC & Florida Law Group LLC
3907 Henderson Blvd. # 200 , Tampa, FL  33629-5761
Tel # (813) 288-8525 / Fax # (813) 288-0324
Email: jameslowy@gmail.com and jameslowy@floridalawgroup.com

----------------------

Robert J. Hantman Esq. - Hantman & Associates
1414 Avenue of the Americas, Suite 406 New York, NY 10019
Tel # (212) 684-3933 / Fax # (212) 755-1989
Email: hantmanrj@aol.com

----------------------

Robert J. Pearl Esq. - Pearl Malarney Smith PC
649 5th Avenue South, Naples, FL  34102
Tel # 239-659-1005 / Fax # 239-659-1007
Email: Robert@pearlsmithlaw.com