UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA :   MDL # 1428 (SAS)
ON NOVEMBER 11, 2000 : (pending in Southern
------------------------------------------------------------------X   District of New York)
This document relates to the following cases:
------------------------------------------------------------------X
BLAIMAUER, et al,          Plaintiffs,  :
                                        :
    - and -                             :   Civil Action #
                                        :   03–CV–8960 (SAS)
OMNIGLOW CORPORATION, et al             :
                       Defendants.      :
-------------------------------------------------------------- X
------------------------------------------------------------------X
GEIER, et al,              Plaintiffs,  :
    - and -                             :   Civil Action #
                                        :   03–CV–8961 (SAS)
OMNIGLOW CORPORATION, et al             :
                       Defendants.      :
-------------------------------------------------------------- X
------------------------------------------------------------------X
MITSUMOTO, et al,          Plaintiffs,  :
                                        :
    - and -                             :   Civil Action #
                                        :   06–CV–2811 (SAS),
REPUBLIC OF AUSTRIA, et al              :
                       Defendants.      :
-------------------------------------------------------------- X
------------------------------------------------------------------X
MITSUMOTO, et al,          Plaintiffs,  :
    - and -                             :   Civil Action #
                                        :   07–CV–0935 (SAS)
ROBERT BOSCH CORP., et al               :
                       Defendants.      :
-------------------------------------------------------------- X
------------------------------------------------------------------X
STADMAN, et al,       Plaintiffs,  :
                                        :
    - and -                             :   Civil Action #
                                        :   07–CV–3881 (SAS)
AUSTRIAN NATIONAL TOURIST OFFICE, et al     :
                       Defendants.      :
-------------------------------------------------------------- X

1

```
-----------------------------------------------------------------X
FERK , et al,                          Plaintiffs,    :
                                                      :
       - and -                                        :    Civil Action #
                                                      :    07–CV–4104 (SAS)
OMNIGLOW CORPORATION, et al                           :
                                       Defendants.    :
------------------------------------------------------------- X
```

===========================================================

## AMENDED NOTICE OF MOTION FOR RECONSIDERATION OF FINAL JUDGMENT PURSUANT TO RULE 60B AND LOCAL RULE 6.3

===========================================================

**COME NOW**, the Plaintiffs, Hermann Geier, Birgit Gotz, Irwin Gotz, Manfred Hiltel, Markus Hiltel, Thomas Kraus, Maria Mayerhofer-Karg, Roland Mayerhofer, Elaine Mayerhofer, Agnes Wolf, and Joop Stadman, by and through their undersigned counsel and file their Motion for Reconsideration of the Final Judgment.

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record were notified via CM-ECF on this the 31st day of July, 2008.

RESPECTFULLY SUBMITTED:

*[signature]*

James F. Lowy, Esq.
Admitted *Pro Hac Vice*
Counsel For Geier Plaintiffs
INTERNATIONAL LAW GROUP, LLC
3907 Henderson Blvd. #200
Tampa, FL 33629-5761
Fax 813 282-0384
Email: jameslowy@gmail.com, or;
jameslowy@floridalawgroup.com

2