USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2008

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
IN Re: Ski Train Fire in Kaprun         :        01-md-1428 (SAS)
Austria On November 11, 2000            :
---------------------------------------X
This document relates to the following actions:
---------------------------------------X
Stadman et al            Plaintiffs,    :
        - v -                            :        07-cv-3881 (SAS)
Austrian National Corporation et al,    :
                        Defendants      :
---------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that all the Plaintiffs, Hermann Geier, Birgit Gotz, Roland Mayerhofer, and Joop Stadman, by and through their undersigned counsel hereby appeal to the United States Court of Appeals for the 2nd Circuit from the June 10, 2008 Order of the Honorable Shira A. Scheindlin USDJ entered as a Clerk's Final Judgment on June 16, 2008, and the Order Denying the Motion for Reconsideration which was signed by Judge Scheindlin and entered by the Clerk of the Court on August 1, 2008 (see composite Exhibit 1).

Respectfully Submitted,
INTERNATIONAL LAW GROUP, LLC

_____
JAMES F. LOWY, ESQUIRE
PRO HAC VICE
2nd Cir. No.: 08-00729
3907 Henderson Blvd. Ste. 200
Tampa, Florida 33629
Phone: (813) 288-9525
Facsimile: (813) 282-0384

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused the within Notice of Appeal to be filed with the Clerk of the Court and a courtesy hard copy is being served upon all counsel of record in this case as per the attached, as well as the parties and/or their legal representatives who on or about October 16, 2007 previously notified the District Court of his/her/their intentions to individually continue their claims in the District Court.

A courtesy copy of the papers is being forwarded to the Honorable Shira A. Scheindlin USDJ.

Additional courtesy copies are being electronically, faxed and/or served and to counsel of record.

Dated: August 13, 2008.

_____
James F. Lowy, Esquire

## Defendants' Counsel of Record in All Cases

Counsel for Defendant Bosch Rexroth AG
Arthur Liederman Esq. - Morrison Mahoney
17 State Street, Suite 1110, New York, NY 10004
Tel: (212) 428-2480 /Fax: (212) 825-1313
Email: aliederman@morrisonmahoney.com

Counsel for Defendant Bosch Rexroth Corporation
Arnd von Waldow Esq. - Reed Smith
435 Sixth Avenue, Pittsburgh, PA 15219
Tel: (412) 288-1313 / Fax: (412) 288-3063
Email: avonwaldow@reedsmith.com

Counsel for Defendants Siemens
Brant Bishop Esq. - Kirkland & Ellis
655 Fifteenth Street N.W., Suite 1200
Washington, DC 20005
Tel: (202) 879-5299 / Fax: (202) 879-5200
Email: bbishop@kirkland.com

Counsel for Defendants Omniglow & Cyalume
E.  Gordon Haesloop Esq. - Bartlett McDonough, Bastone and Monaghan
300 Old Country Road, Mineola, NY 11501
Tel: (516) 877-2900 / Fax: (516) 877-0732
Email: egordon.haesloop@bmbmlaw.com

Counsel for Defendant GBK
Robert A. Weiner Esq. - McDermott Will & Emory
340 Madison Aye, New York, NY 10173
Tel: (212) 547-5408 / Fax: (212) 547-5444
Email: rwe@mwe.com

Counsel for Verbund
Charles Moerdler Esq. - Stroock, Stroock & Lavan
180 Maiden Lane, New York, NY 10013
Tel (212) 806-5400 / Fax (212) 806-6006
Email: cmoerdler@stroock.com

Counsel for WIKA Instruments
Eileen McCabe Esq. - Mendes & Mount
750 Seventh Avenue, New York, NY
Tel: (212 )261-8000/Fax: (212) 261-8750
Email: Eileen.mccabe@mendes.com

<u>Counsel for Defendants HYDAC</u>
Nancy Ledy-Gurren Esq. - Ledy-Gurren and Blumenstock
475 Park Avenue South, New York, NY
Tel: (212) 447-1105 / Fax: (212) 447-6686
Email: nledygurren@lgb-law.com

<u>Counsel for Defendants Exxon</u>
John Sullivan Esq. - Fulbright & Jaworski
1301 McKinney Avenue, Fulbright Tower
Houston, TX 77010
Tel: (713) 651-5637 / Fax: (713) 651-5246
Email: jsullivan@fulbright.com